**HAGNER & ZOHLMAN, LLC**
Commerce Center
1820 Chapel Ave. West
Suite 160
Cherry Hill, New Jersey 08002
(856) 663-9090
Attorney for:   Plaintiff

By:  Thomas J. Hagner, Esquire

---

| | |
|---|---|
| ROBERT S. CONRAD, SR.<br><br>      Plaintiff,<br><br>vs.<br><br>THE WACHOVIA GROUP LONG-TERM DISABILITY PLAN;<br><br>      Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 1:08-cv-05416 |

---

**PLAINTIFF'S NOTICE OF MOTION
FOR SUMMARY JUDGMENT**

---

TO:    Kathleen McLeod Caminiti, Esq.
       FISHER & PHILLIPS, LLP
       430 Mountain Avenue
       Murray Hill, NJ 07974

**PLEASE TAKE NOTICE** that at such time as the Court directs, Plaintiff, Robert Conrad, by his counsel Thomas J. Hagner, Esq., shall move for summary judgment against Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure on the ground that there is no genuine issue as to any material fact and that Robert Conrad is entitled to summary judgment as a matter of law.   In support of this motion, Plaintiff adopts the arguments and

authority contained in the Brief which is filed in support of this motion and relies on the Statement of Uncontested Material Facts and Declarations of Plaintiff and Counsel which accompany the Brief.

    A proposed form of Order is attached.

                                            HAGNER & ZOHLMAN, LLC
                                            Attorneys for Plaintiff

Dated:  January 13, 2010                    _____
                                            Thomas J. Hagner, Esq.