**HAGNER & ZOHLMAN, LLC**
Commerce Center
1820 Chapel Ave. West
Suite 160
Cherry Hill, New Jersey  08002
(856) 663-9090
Attorney for:   Plaintiff
By:  Thomas J.  Hagner, Esquire

| | |
|---|---|
| ROBERT S. CONRAD, SR.<br><br>            Plaintiff,<br><br>     vs.<br><br>THE WACHOVIA GROUP LONG-<br>TERM DISABILITY PLAN;<br><br>            Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br><br>CIVIL ACTION NO. 1:08-cv-05416 |

**DECLARATION OF PLAINTIFF, ROBERT CONRAD
IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

**ROBERT CONRAD**, of full age, hereby certifies:

1.       I have reviewed the Plaintiff's Statement of Uncontested Material Facts.  I incorporate herein the factual statements contained in the referenced Plaintiff's Statement of Uncontested Material Facts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.   Executed January 13, 2010.

Date: 1/13/10

_____
ROBERT CONRAD