# EXHIBIT 15

Liberty Life Assurance Company of Boston
Disability Claims
P. O. Box 242484
Charlotte, NC 28224-9904


August 9, 2006

Attn:   Chronic Illness Return to Work Program

RE:    Claim # 2021495

Dear Ms. Mack:


     As you know I have a chronic health condition that limits my ability to work full time. I have been limited to working three hours a day Mondays, Wednesdays and Fridays. I average one week per month of productivity. In the month of July 2006 I worked 38 hours and 40 minutes.

     Enclosed is my July 2006 pay stub as you can see I had gross commission income of $961.66, I believe I still should be eligible for disability payments, please advise me on your findings.


Thank you,


Robert S. Conrad, Sr.
44 Longwood Drive
Sicklerville, NJ 08081
1-856-875-1739


Stanley Hadam
Branch Manager
Wachovia Securities
Five Greentree Plaza,  Suite 400
Marlton, NJ 08053
1-800-866-8808

# EXHIBIT 16

Compensation and Benefits
NC0960
Two Wachovia Center, 4th Floor
301 South Tryon Street
Charlotte, NC 28288-0960



September 5, 2006

**WACHOVIA**

Robert S. Conrad, Sr.
44 Longwood Drive
Sicklerville, NJ 08081

Dear Mr. Conrad:

This correspondence is in regards to your appeal of Liberty Mutual's denial of continued Long-Term Disability benefits under the Wachovia Plan. Liberty Mutual has notified the Plan Administrator that your claim has been reopened.

Per Liberty Mutual, they have reopened your claim based on confirmation from you that your earnings for July 2006 were $961.66, which was less than 80% of your pre-disability earnings. Since this period fell within 6 months from the date your claim was closed, your claim has been reopened with Liberty Mutual for a successive period of disability.

As a result, your appeal with the Plan Administrator has been closed. Your Liberty Mutual Case Manager will continue to handle your claim. Additionally as provided by the plan, Liberty Mutual will continuously monitor your condition throughout the disability period.

If you have further questions regarding your Long-Term Disability, please contact your Case Manager at Liberty Mutual.

If there are any questions regarding the closing of your appeal, please feel free to contact me at 704-374-3426.

Sincerely,

*James L. Beaver*

James L. Beaver
Senior Vice President
Human Resources Division

# EXHIBIT 17



Liberty
Mutual.

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-9904
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

September 21, 2006

Robert Conrad
44 Longwood Drive
Sicklerville, NJ 08081-0000

RE:   Long Term Disability Benefits
      Wachovia Corporation
      Claim #: 2021495

Dear Mr. Conrad:

We are writing in regard to your request to re-open your claim for disability benefits under the Wachovia Corporation Long Term Disability Plan Successive Periods of Disability provision. Based on your continued inability to perform the duties of your occupation as defined in our original January 11, 2005 approval letter, your claim has been re-opened and disability benefit payments will resume at 60% of your pre-disability earnings at the time of your original disability, less "benefits from other income."

We have reviewed the earnings information you provided for the months of July 2006, August 2006, and September 2006.  Since this information confirms that in these months your earnings were *20% or more of your Pre-Disability Earnings, but less than 80% of your Pre-Disability Earnings, you once again qualify for Partial Disability benefits.*

As a reminder, the following terms and conditions of the Wachovia LTD Plan apply to Partial Disability:

*The plan states that Partial Disability or Partially Disabled means as a result of the Injury or Sickness, the Participant is:*

   (a) *during the Elimination Period and the next 24 months, able to perform one or more but not all, of the material and substantial duties of his or her own or any other occupation on an Active Employment or a part-time basis; or*

   (b) *after the period described in paragraph (a) above, able to perform all of the material and substantial duties of his or her own or any other occupation on a part time basis.*

*To encourage Participants to return to work, a Participant who has satisfied the Elimination Period may be eligible to continue to receive a Disability Benefit while engaging in Active Employment in accordance with the provisions of this Section.*

*(a)  For the purpose of this provision, the Participant may satisfy the Elimination Period if  he or she is Disabled or Partially Disabled, or a combination of Disabled and Partially Disabled, during such time.*

*(b)  A Disability Benefit will be paid for the period of Partial Disability if proof is provided upon request of the Plan Administrator or the Claims Administrator and at the Participant's expense of continued:*

*(1)  Partial Disability; and*
*(2)  Regular attendance of a  legally qualified Physician and compliance with the recommended course of treatment for the disabling condition*

*(c)  For the purpose of determining Partial Disability, the Injury or Sickness must occur and Partial Disability must begin while the Employee is a Participant.*

*(d)  If the Participant is eligible for benefits described in this Section, the Plan will pay Disability Benefits as follows:*

*(1)  If, at any time while Disability Benefits are payable, the Participant's Monthly Earnings are less than 20% of his Pre-Disability Earnings, a Disability Benefit will continue to be paid, and all other benefit provisions and terms applicable to Disability will apply as stated in this Plan.*

*(2)  If, during the first 12 months of a Participant's return to employment of any kind, the Participant's Monthly Earnings are greater than or equal to 20% of his  Pre-Disability Earnings, but less than 80% of his or her Pre-Disability Earnings, a Disability Benefit will continue to be paid, and all other benefit provisions and terms applicable to Disability will apply as stated in this Plan.  If the Disability Benefit plus the Participant's Monthly Earnings would exceed 100% of the Participant's Pre-Disability Earnings, the Disability Benefit will be reduced so that the Disability Benefit plus the Participant's Monthly Earnings does not exceed 100% of the Participant's Pre-Disability Earnings.*

*(3)  If, after the first 12 months of a Participant's return to employment of any kind, the Participant's Monthly Earnings are greater than or equal to 20% of his or her Pre-Disability Earnings, but less than 80% of his or her Pre-Disability Earnings, the Disability Benefit otherwise payable will be further reduced by 50% of the Participant's Monthly Earnings.  All other benefit provisions and terms applicable to Disability will apply as stated in this Plan.*

*(4)  If the Participant's Monthly Earnings are greater than or equal to 80% of his Pre-Disability Earnings, Disability Benefits will cease.*

*Discontinuation of Long Term Disability Benefits*
*The Monthly Benefit will cease on the earliest of:*

1.  *the date the Participant is no longer Disabled; or*
2.  *the date the Participant dies; or*
3.  *the end of the Maximum Benefit Period; or*
4.  *the date the Participant's current earnings exceed 80% of his Pre-Disability Earnings.*

While continuing to meet all the terms and conditions of the disability contract, you will receive benefits under this "Partial Disability" provision.

When you return to work on a full time basis please contact this office immediately.  Please call me if you have any questions about your partial disability benefits.

Sincerely,

Kate Schulz
Sr. Disability Case Manager
Phone No.: (800) 291-0112 Ext. 369
Secure Fax No.: (888) 443-4212

# EXHIBIT 18



Liberty
Mutual®

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-9904
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212

December 7, 2006

Robert Conrad
44 Longwood Drive
Sicklerville, NJ 08081-0000

RE:   Long Term Disability Benefits
        Wachovia Corporation
        Claim #: 2021495

Dear Mr. Conrad:

This letter acknowledges receipt of the "Protected Health Information" statements you had delivered to us via DHL Express, with your cover letter suggesting we may be able to work with Wachovia regarding adjusting your benefit amount.

As we have informed you in prior communications, your benefits amount is based on the Benefits Eligible Compensation (BEC) as determined by Wachovia.  While your file reflects that a Wachovia representative has addressed this matter with you previously, any ongoing concerns you have in this matter must be communicated in writing directly to Wachovia as follows:

        Wachovia Corporation
        Safety & Disability
        Two Wachovia Center, T-4
        301 South Tryon Street
        Charlotte, NC 28288-0960

At your request, we will be happy to send the "Protected Health Information" statements back to you.

If you have any other questions concerning your Long Term Disability (LTD) claim, please contact this office.

In order to obtain complete information (test results, office notes, and assessment of capacity) from the above providers, we are in need of office address (street, city, state, zip code), telephone number and fax number for each provider listed above on the preceding page.

In addition, please complete the enclosed Authorization to Obtain and Release Information, Claimant Supplementary Statement and Social Security Consent for Release of Information and return them in the envelope provided as soon as possible, but **no later than January 8, 2007**. If all of the requested information is not received by this date, there may be an interruption in your LTD benefit. You will be notified in writing as to the outcome of our investigation.

Should you have any questions about this change in definition, please contact our office.

Sincerely,

Kate Schulz
Sr. Disability Case Manager
Phone No.: (800) 853-7108  Ext. 369
Secure Fax No.: (888) 443-4212

Forms Attached:
Authorization
Claimant Supplementary Statement
SSA Authorization

# EXHIBIT 19



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-9904
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212

December 8, 2006

Robert Conrad
44 Longwood Drive
Sicklerville, NJ 08081-0000

RE:    Long Term Disability Benefits
       Wachovia Corporation
       Claim #: 2021495

Dear Mr. Conrad:

We are writing in regard to your claim for Long Term Disability (LTD) under the Wachovia
Corporation Group LTD plan.  At this time, you are receiving LTD benefits based on your
inability to perform the duties of your own occupation as a Financial Advisor.  However, the
above plan contains a change in the definition of disability which states the following:

*"Disability"* or *"Disabled"* means:

    (a) *during the Elimination Period and the next 24 months, the Participant's inability to
    perform all of the material and substantial duties of his or her own occupation on an
    Active Employment basis because of an Injury or Sickness; and*

    (b) *after the period described in paragraph (a) above, the Participant's inability to
    perform all of the material and substantial duties of his or her own or any other
    occupation for which he or she is or becomes reasonably fitted by training,
    education, or experience because of an Injury or Sickness.*

To remain eligible for LTD benefits beyond the 24th month, you must be disabled from any
occupation as stated above.  As your LTD benefits began on February 01, 2005, the change in
definition will occur on January 31, 2006.

We are currently gathering information to assess your continued eligibility for LTD benefits
beyond this date.  On December 8, 2006, we requested updated medical information from Dr.
Petruncio.  Please follow up with this provider to ensure that this information is submitted **by
January 8, 2006.**

In reviewing the Aetna Protected Health Information reports you provided to us, we also note
all of the following doctors providing services since July 1, 2006:

Dr. Bruce D. Hopper
Dr. Thomas Morley
Dr. Raphael Dehoratuis

Questions regarding this request should be directed to Kate Schulz at 1-800-853-7108, extension 369.

Sincerely,

Kate Schulz
Sr. Disability Case Manager
Phone No.: (800) 291-0112 Ext. 369
Secure Fax No.: (888) 443-4212

    CC:
      Robert Conrad

    Forms Attached:
      Assessment of Capacity



**Liberty
Mutual**®

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-9904
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

December 8, 2006

Dr. George Petruncio, M D
188 Gries Mill Rd    Ste E1
Tunersville, NJ 08012-0000

RE:    Long Term Disability Benefits
       Patient: Robert Conrad
       DOB: February 26, 1955
       Claim Number: 2021495

Dear Dr. Petruncio:

To evaluate Mr. Conrad's eligibility for continued disability benefits, we need the additional medical information indicated below.  An authorization, signed by the patient, has been provided to your office.

• Test Results from July 1, 2006 to present
  (*Test results include, but are not limited to, lab reports, X-Ray reports,  CT Scan, MRI, or any other Imaging Reports, EMG/NCV reports, etc.*)
• Office notes from July 1, 2006 to present
• Completion of the Attending Physician's Assessment of Capacity Form (based upon your most recent examination of this patient.)

We need medical information explaining why this patient continues to be unable to work.  As a convenience to the patient, we are requesting this information on the patient's behalf.  Failure to provide this information may result in denial of this patient's disability claim.  Please fax the information back to Kate Schulz at 1-888-443-4212, or mail to the above address **by January 8, 2006**.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure. As the insurance carrier providing employer sponsored disability coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of  the patient's signature.

**Any costs associated with providing this information are the direct responsibility of the patient.  Please work with your patient to resolve any such costs.  Bills/invoices sent to Liberty Mutual for such costs will be forwarded to the patient.**

Sincerely,

Kate Schulz
Sr. Disability Case Manager
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212

# EXHIBIT 20

**Liberty Mutual.**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-9904
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212

December 17, 2006

Robert Conrad
44 Longwood Drive
Sicklerville, NJ 08081-0000

RE:    Long Term Disability Benefits
       Wachovia Corporation
       Claim #: 2021495

Dear Mr. Conrad:

This letter acknowledges the written material you submitted regarding Intermittent Chronic Disability.

You have been receiving Long Term Disability (LTD) benefits since February 1, 2005.  The Wachovia Group LTD Plan does not provide Intermittent Chronic Disability benefits.

If you have any other questions about your claim, please contact this office.

Sincerely,

*Kate Schulz*

Kate Schulz
Sr. Disability Case Manager
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212

# EXHIBIT 21



Robert S. Conrad

44 Longwood Drive
Sicklerville, NJ 08081

856-875-1739
856-875-6287

Rconrad44@comcast.net

FAX TRANSMITTAL FORM

To:  Liberty Claims                    From: Robert S. Conrad
Attn: Kate Schultz                     Date Sent: 01/06/07

                                       Number of Pages: 3

Fax: 888-443-4212

Message:

## Kate,

Copy of 12/15/06 pay statement.
Copy of time sheet

## Bob            Claim # 2021495

CL-40

# Wachovia Non-Exempt Time Sheet

PLOYEE NAME (please print): Robert Conrad

S.S. # (optional)

WORK PHONE #: 800-866-8808

DEPARTMENT: Cherry Hill / Retail

RC#

SUPERVISOR NAME: Stan Hagen

PAY PERIOD: 12/15 - 12/31/06

ase indicate weekly scheduled hours:  ☐ 5 days/8 hours per day   ☐ Other, please specify: 12-01

| DATE | TIME IN | LUNCH OUT | LUNCH IN | TIME OUT | REGULAR TIME | ADDITIONAL REG. TIME | OVERTIME | DOUBLE TIME | PTO | OTHER | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1-06 | 9:05 | | | 1:00 | 3:55 | | | | | | |
| 2-4 | 8:45 | | | 1:00 | 4:15 | | | | | | |
| 2-6 | 8:35 | | | 1:00 | 4:25 | | | | | | |
| 2-8 | 8:40 | | | 1:30 | 4:50 | | | | | | |
| 2-11 | 8:40 | | | 10:40 | 2:00 | | | | | | |
| 2-13 | 8:40 | | | 1:10 | 4:30 | | | | | | |
| 2-15 | 8:45 | | | 12:30 | 3:45 | | | | | | |
| 2-19 | 8:30 | | | 12:30 | 4:00 | | | | | | |
| 2-22 | 8:30 | | | 12:30 | 4:00 | | | | | | |
| 2-24 | 9:05 | | | 1:00 | 3:55 | | | | | | |
| 2-27 | 8:20 | | | 2:00 | 4:40 | | | | | | |
| 2-28 | 8:45 | | | 12:55 | 4:10 | | | | | H | Health |
| 2-29 | 10:30 | | | 1:00 | 2:30 | | | | | | |
| | | | | **TOTALS:** | 48:55 | | | | | | |

RECORD YOUR EXACT TIME IN AND OUT     **TOTALS:** 48:55

48:55

* **Other:** Bereavement, Education, Volunteer, Family Care Time, Holiday, Jury Duty, Military, Other

**BECAUSE OF THE REQUIREMENT OF FEDERAL & STATE LAWS, IT IS IMPERATIVE THAT THIS RECORD BE FILLED IN COMPLETELY AND ACCURATELY. UNDER NO CIRCUMSTANCES MUST TIME WORKED BE UNRECORDED.**

I HEREBY CERTIFY THAT THE ABOVE IS AN ACCURATE RECORD OF TIME WORKED DURING THIS PERIOD.

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE



**WACHOVIA**

\* The YTD balances include adjustments and are as of the end of the month.
\*\* Denotes eligible functional BEC earnings

| | | | |
|---|---|---|---|
| PayGroup: | CMC Semimonthly Pay Group | Advice#: | 0020337 |
| Pay Begin Date: | 01/01/2007 | | |
| Pay End Date: | 01/15/2007 | Advice Date: | 01/12/2007 |

**Robert Conrad**
44 Longwood Drive
Sicklerville, NJ 08081

SSN: XXX-XX-1807

| | |
|---|---|
| HR Emplid: | 630720 |
| Department: | Cherry Hill |
| CO/RC: | CMC 0840175 |
| Pay Rate: | $0.00 Annual |

| TAX DATA: | Federal | NJ State |
|---|---|---|
| Marital Status: | Married | M-Joint |
| Allowances: | 10 | 10 |
| Addl Pct: | 0.0 | 0.0 |
| Addl Amt: | $0.00 | $0.00 |

## HOURS AND EARNINGS

| | | Current | | YTD * | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| FA Draw (092*)** | | | $1,972.00 | | $1,972.00 |
| Commission A/Rate (UL1*)** | | | $500.25 | | $500.25 |
| **Total** | | **0.00** | **$2,472.25** | **0.00** | **$2,472.25** |

## TAXES

| | Current | YTD * |
|---|---|---|
| Fed Withholdng | $22.20 | $22.20 |
| Fed FICA - MHI | $35.85 | $35.85 |
| Fed OASDI/Dis | $153.28 | $153.28 |
| NJ Unempl EE | $9.46 | $9.46 |
| NJ NJ HCSF | $0.00 | $0.00 |
| NJ NJ WFDP | $0.62 | $0.62 |
| NJ NJ SWAF | $0.43 | $0.43 |
| NJ Withholdng | $26.94 | $26.94 |
| NJ MMLIPAF-EE Withholdng | $3.00 | $3.00 |
| **Total** | **$251.78** | **$251.78** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| Description | Current | YTD * | Description | Current | YTD * |
| **Total:** | $0.00 | $0.00 | **Total:** | $0.00 | $0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| **Current:** | $2,472.25 | $2,472.25 | $251.78 | $0.00 | $2,220.47 |
| **YTD:** | $2,472.25 | $2,472.25 | $251.78 | $0.00 | $2,220.47 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking | Account ending in 1848 | $2,220.47 |
| **Total** | | **$2,220.47** |

# EXHIBIT 22



Robert S. Conrad

44 Longwood Drive
Sicklerville, NJ 08081

856-875-1739
856-875-6287

Rconrad44@comcast.net

FAX TRANSMITTAL FORM

To:  Liberty Claims                          From: Robert S. Conrad
Attn: Kate Schultz                           Date Sent: 01/06/07

                                             Number of Pages: 2
Fax: 888-443-4212

Message:

## Kate,

I don't understand that you would wait until the last day to call and tell me you are going to have to stop my benefits because I did not comply with your request in Dec. I interpreted your letter in Dec as though you had sent a request for information to my attending physicians, which you do have a list of their addresses.

Should the Plan Administrator care?

## Bob               Claim # 2021495

Robert S. Conrad

Claim Number        2021495

Medical Providors List

| | | |
|---|---|---|
| Primary Doctor | Dr. George Petrunzio, MD | I see him at least monthly. |
| | Fries Mill Pavilion<br>188 Fries Mill Road Suite E-1<br>Turnersville, NJ 08012<br>Phone    856-875-7700<br>Fax      856-262-0428 | |
| Pulmonary and<br>Critical Care | Dr. Thomas Morley DO<br>445 Hurfville-Crosskeys Rd. Suite A-11<br>Sewell, NJ 08080<br>Phone:    856-589-6728<br>Fax: | I see him annually |
| | Dr. George Sanders<br>1930 E. Marlton Pike Suite C-15<br>Cherry Hill, NJ 08003<br>Phone:    856-424-6312<br>Fax:      856-424-7833 | I see him monthly. |
| Rheumatology | Oscar Irigoyen MD | I saw him once in December.<br>He replaced Dr. Horiatius who retire |
| | Thomas Jefferson University<br>University Doctors<br>211 South 9th Street<br>Walnut Towers Suite 600<br>Philadelphia, Pa 19107 | |
| | Phone:    215-955-8430<br>Fax:      215-923-5828 | |
| Dynamic Chiropractic | | I see Ceruti twice a week now.<br>In 2006 I saw him 2-3 times a week |
| | Dr. Jason Ceruti<br>817 Erial-New Brooklyn Rd<br>Sickerville, NJ 08081<br>Phone:    856-.782-2077<br>Fax:      856-782-2078<br>Email    www.drjason.net | |

George J. Petrunzio, MD
188 Fries Mill Rd., Ste. E-1
Turnersville NJ 08012
Phone    (856) 875-7700
Fax       (856) 262-0428

George M. Sanders PHD
Executive Mews   Suite C-15
1930 Marlton Pike E
Cherry Hill, NJ 08003
Phone    (856) 424-6312
Fax       (856) 424-7833

Dr. Thomas F. Morley D.O.
Kennedy Health Systems
42 E. Laurel Road
Stratford, NJ 08084
Phone    856-566-6859
Fax       856-566-6952

Dr. Raphael Dehoratuis - Retired
Oscar Irigoyen , MD
University Doctors
211 South 9th Street
Walnut Towers Suite 600
Philadelphia, PA 19107
Phone    215-955-8430
Fax       215-923-5828

Dr. Jeffrey Abrams
Woodbury Medical Center
17 W. Red Bank Ave., Ste. 302
Woodbury, NJ 08096
Phone    856-848-4464
Fax       856-848-8706

Dr. Bruce D. Hopper, Jr.
Rothman Institute of NJ P.A.
443 Laurel Oak Rd.
Voorhees, NJ 08043
Phone    856-821-6360
Fax       856-

Raytel Labs
Medical Imaging
900 Route 168, Suite G
Turnersville, NJ 08012-3250
Phone    856-232-3250
Fax:       856-232-3834

Jefferson Methodist Heart Center
South Broad Street
Philadelphia, PA 19106
Phone    215-755-5449
Fax       215-755-0010

Dr. DePace
188 Fries Mill Rd STE N-2
Turnersville, NJ 08012
Phone    856-728-8488

Amy Evangelisto, MD
Division of Rheumatology
Cooper Health System
1103 N. Kings Highway, Ste. 202
Cherry Hill, NJ 08034
Phone    856-968-7019
Fax       856-482-5621

Dr. Emil P. Sfedu, MD.
Diplomat Internal Medicine
716 North 24th Street
Philadelphia, PA. 19130
Phone    215-235-3000
Fax       215-765-2550

Dr. Pravin B. Vasoya, M.D
438 Ganttown Rd., Suite B-1
Sewell, NJ 08080
Phone    856-256-2600
Fax       856-256-2516

# EXHIBIT 23



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-9904
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212

January 10, 2007

Robert Conrad
44 Longwood Drive
Sicklerville, NJ 08081-0000

RE:   Long Term Disability Benefits
      Wachovia Corporation
      Claim #: 2021495

Dear Mr. Conrad:

We are contacting you with important information regarding your claim for benefits, submitted under Wachovia Corporation's Disability Plan, and administered by Liberty Life Assurance Company of Boston.  Benefits through Wachovia Corporation have been suspended effective January 10, 2007.

Please refer to our prior letter dated December 8, 2006 which advised you benefits would be interrupted if we did not receive all requested information, as described in that letter, by January 8, 2007.  This documentation was necessary to assess your continued eligibility for benefits.  Since, we did not receive all requested information by the January 8, 2007 due date, your benefits are suspended.

On January 9, 2007, we did receive the Medical Providers List you faxed on January 9, 2007. However, we have not receive from you the forms we asked you to complete and return. These forms were the Authorization to Obtain and Release Information, Claimant Supplementary Statement, and Social Security Consent for Release of Information.  In the event you have misplaced the set of forms we sent to you on December 8, 2006, we are including another set at this time to give you one additional opportunity to complete and return these forms by end of business day on February 8, 2007.

We also have not received the information we requested from Dr. Petruncio on December 8, 2006 as well.  A copy of that request was mailed to you along with our letter to you dated December 8, 2006.  We received a call from Barbara at Dr. Petruncio's office on the afternoon of January 9, 2007 stating that they had not received our original request.  At 17:39 on January 9, 2007 we re-faxed the original request to Dr. Petruncio, attention Barbara, along with the report showing prior successful fax transmission to his office on December 8, 2006.  Please encourage your physician to submit the information we previously requested as we will not be contacting Dr. Petruncio with any additional requests.

Although benefit payments will not be issued during the current period of suspension, your file will remain open until February 9, 2007.  If all previously requested information is not

received in our office by end of business day on February 8, 2007, your claim will be closed effective retroactive to the January 10, 2007 date of suspension.

Additionally, since we have now received your list of medical providers, we are making requests to Dr. Jason Ceruti - Dynamic Chiropractic, Dr. George Sanders, Dr. Thomas Morley, and Thomas Jefferson University (Dr. Oscar Irigoyen/Dr. Horiatius) at this time.  If you, and also Dr. Petruncio, provide the previously requested information by end of business day on February 8, 2007, then we will proceed with further administration of your claim.  In such case, **all** requested information would be due from Dr. Ceruti, Dr. Morley, Dr. Sanders, **and** Thomas Jefferson University (Dr. Oscar Irigoyen/Dr. Horiatius) by no later than February 8, 2007, or further suspension would occur effective February 9, 2007.

If you have further questions concerning your Long Term Disability claim, please contact this office.

Sincerely,

Kate Schulz

Kate Schulz
Sr. Disability Case Manager
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212

Forms Attached:
Authorization
Claimant Supplementary Statement
SSA Authorization

# EXHIBIT 24



Robert S. Conrad

**44 Longwood Drive**
Sicklerville, NJ 08081

856-875-1739
856-875-6287

Rconrad44@comcast.net

FAX TRANSMITTAL FORM

|   |   |
|---|---|
| To:  Liberty Claims | From: Robert S. Conrad |
| Attn: Kate Schultz | Date Sent: 01/11/07 |
|   |   |
|   | Number of Pages: 8 |
| Fax: 888-443-4212 |   |

Message:

**Kate,**

I have included here a copy of my health history for calender year 2006. If you need additional information on any of my providers PLEASE give me a call and I will do my utmost to get the information you request.

**Robert Conrad          Claim # 2021495**

**Robert S. Conrad**                                    **Claim Number**          **2021495**

**Medical Providers List**

| | | |
|---|---|---|
| Primary Doctor | **Dr. George Petrunzio, MD**<br>Fries Mill Pavilion<br>188 Fries Mill Road Suite E-1<br>Turnersville, NJ 08012<br>Phone        856-875-7700<br>Fax          856-262-0428 | I see him at least monthly. |
| Pulmonary and<br>Critical Care | **Dr. Thomas Morley DO**<br>445 Hurfville-Crosskeys Rd. Suite A-11<br>Sewell, NJ 08080<br>Phone:        856-589-6728<br>Fax: | I see him annually |
| | **Dr. George Sanders**<br>1930 E. Marlton Pike Suite C-15<br>Cherry Hill, NJ 08003<br>Phone:        856-424-6312<br>Fax:          856-424-7833 | I see him monthly. |
| Rheumatology | **Oscar Irigoyen MD**<br><br>Thomas Jefferson University<br>University Doctors<br>211 South 9th Street<br>Walnut Towers Suite 600<br>Philadelphia, Pa 19107<br>Phone:        215-955-8430<br>Fax:          215-923-5828 | I saw him once in December.<br>He replaced Dr. Horiatius who retired. |
| Dynamic Chiropractic | **Dr. Jason Ceruti**<br>817 Erial-New Brooklyn Rd<br>Sickerville, NJ 08081<br>Phone:        856-.782-2077<br>Fax:          856-782-2078<br>Email         www.drjason.net | I see Ceruti twice a week now.<br>In 2006 I saw him 2-3 times a week. |
| Internal Med | **Dr. Jeffey Abrams**<br>Woodbury Medical Center<br>17 W. Red Bank Rd   Ste 302<br>Woodbury, NJ 08096<br>Phone        856-848-4464<br>Fax          856-848-8706 | Colonostomy December 20,2006 |
| Sports Medicine | **Dr. Bruce D. Hopper, Jr.**<br>Rothman Institute of NJ<br>443 Laurel Oak Rd<br>Voorhees, NJ 08043<br>Phone        856-821-6360 | In operable cyst behind left knee<br>August 2006 |

## Additional Resources

Raytel Labs
Medical Imaging
900 Route 168, Suite G
Turnersville, NJ 08012-3250
Phone    856-232-3250
Fax:      856-232-3834

Jefferson Methodist Heart Center
South Broad Street
Philadelphia, PA 19106
Phone    215-755-5449
Fax       215-755-0010

Dr. DePace
188 Fries Mill Rd STE N-2
Turnersville, NJ 08012
Phone    856-728-8488

Amy Evangelisto, MD
Division of Rheumatology
Cooper Health System
1103 N. Kings Highway, Ste. 202
Cherry Hill, NJ 08034
Phone    856-968-7019
Fax       856-482-5621

Dr. Emil P. Sfedu, MD.
Diplomat Internal Medicine
716 North 24th Street
Philadelphia, PA. 19130
Phone    215-235-3000
Fax       215-765-2550

Dr. Pravin B. Vasoya, M.D
438 Ganttown Rd., Suite B-1
Sewell, NJ 08080
Phone    856-256-2600
Fax       856-256-2516

# EXHIBIT 25



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-9904
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212

February 15, 2007

Robert Conrad
44 Longwood Drive
Sicklerville, NJ 08081-0000

RE:    Long Term Disability Benefits
       Wachovia Corporation
       Claim #: 2021495

Dear Mr. Conrad:

This letter is in regard to your claim for Long Term Disability (LTD) benefits under the Wachovia Corporation Group LTD Plan. Continued benefit payment under this Plan is subject to updated medical documentation. According to the terms of the Plan,

*"Disability" or "Disabled" means:*

(a)    *during the Elimination period and the next 24 month, the Participant's inability to perform all of the material and substantial duties of his or her own occupation on an Active Employment basis because of an Injury or Sickness; and*

(b)    *after the period described in paragraph (a) above, the Participant's inability to perform all of the material and substantial duties of his or her own or any other occupation for which he or she is or becomes reasonably fitted by training, education, or experience because of an Injury or Sickness.*

Under the Plan, the condition will be evaluated relative to the employee's inability to perform the material and substantial duties of his or her occupation because of a non-work related Injury or Sickness. The Plan states "Proof" is required to evaluate disability on an ongoing basis:

"Proof" means:

*(1)    Proof of claim must be given to the Plan Administrator, or the Claims Administrator acting as agent of the Plan Administrator, no later than 60 calendar days after the end of the Elimination Period. For this purpose, "proof" means (a) the evidence in support of a claim for benefits in a form or format satisfactory to the Claims Administrator, (b) an attending Physician's statement in a form or format satisfactory to the Claims Administrator, completed and verified by the Participant's attending Physician, and (c) provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence that may be required by the Claims Administrator in support of a claim for benefits. Notwithstanding the foregoing, the Plan Administrator, or the*

*Claims Administrator acting as agent of the Plan Administrator, may also consider other evidence of a claimed Disability, including, but not limited to evidence discovered or otherwise developed by the Plan Administrator or the Claims Administrator.*

*(2)      Failure to furnish such proof within such time will not invalidate nor reduce any claim if it was not reasonably possible to furnish such proof within such time.  Such proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time proof is otherwise required, and the Claims Administrator is able to certify the period of Disability.*

*(3)      Proof of continued Disability and regular attendance of a Physician must be given to the Plan Administrator, or the Claims Administrator acting as agent of the Plan Administrator, within 60 calendar days of the request for the proof.*

On December 8, 2006, we requested medical documentation from your physician, George J. Petruncio, M.D., in order to evaluate whether or not you continue to meet the definition of disability.  We did not receive a response to our request by the deadline of January 8, 2007 and your benefits were suspended.  We advised you by letter on January 10, 2007, your benefits were suspended and your claim would remain open through February 8, 2007; however, if the requested medical information was not received by end of the business day on February 8, 2007 your claim would be closed effective retroactive to the January 10, 2007 date of suspension.  To date we have not received any test results and office notes from Dr. Petruncio, as requested.

Since we did not receive the necessary proof to verify ongoing disability, no further benefits will be paid and your file is closed effective January 10, 2007.

The Wachovia Group Long Term Disability (LTD) Plan also states that *"Partial Disability or Partially Disabled means as a result of the Injury or Sickness, the Participant is:*

(a) *during the Elimination Period and the next 24 months, able to perform one or more but not all, of the material and substantial duties of his or her own or any other occupation on an Active Employment or a part-time basis; or*

(b) *after the period described in paragraph (a) above, able to perform all of the material and substantial duties of his or her own or any other occupation on a part time basis.*

*To encourage Participants to return to work, a Participant who has satisfied the Elimination Period may be eligible to continue to receive a Disability Benefit while engaging in Active Employment in accordance with the provisions of this Section.*

*(a)  For the purpose of this provision, the Participant may satisfy the Elimination Period if  he or she is Disabled or Partially Disabled, or a combination of Disabled and Partially Disabled, during such time.*

*(b)  A Disability Benefit will be paid for the period of Partial Disability if proof is provided upon request of the Plan Administrator or the Claims Administrator and at the Participant's expense of continued:*

*(1) Partial Disability; and*
*(2) Regular attendance of a legally qualified Physician and compliance with the recommended course of treatment for the disabling condition*

*(c) For the purpose of determining Partial Disability, the Injury or Sickness must occur and Partial Disability must begin while the Employee is a Participant.*

*(d) If the Participant is eligible for benefits described in this Section, the Plan will pay Disability Benefits as follows:*

*(1) If, at any time while Disability Benefits are payable, the Participant's Monthly Earnings are less than 20% of his Pre-Disability Earnings, a Disability Benefit will continue to be paid, and all other benefit provisions and terms applicable to Disability will apply as stated in this Plan.*

*(2) If, during the first 12 months of a Participant's return to employment of any kind, the Participant's Monthly Earnings are greater than or equal to 20% of his Pre-Disability Earnings, but less than 80% of his or her Pre-Disability Earnings, a Disability Benefit will continue to be paid, and all other benefit provisions and terms applicable to Disability will apply as stated in this Plan. If the Disability Benefit plus the Participant's Monthly Earnings would exceed 100% of the Participant's Pre-Disability Earnings, the Disability Benefit will be reduced so that the Disability Benefit plus the Participant's Monthly Earnings does not exceed 100% of the Participant's Pre-Disability Earnings.*

*(3) If, after the first 12 months of a Participant's return to employment of any kind, the Participant's Monthly Earnings are greater than or equal to 20% of his or her Pre-Disability Earnings, but less than 80% of his or her Pre-Disability Earnings, the Disability Benefit otherwise payable will be further reduced by 50% of the Participant's Monthly Earnings. All other benefit provisions and terms applicable to Disability will apply as stated in this Plan.*

*(4) If the Participant's Monthly Earnings are greater than or equal to 80% of his Pre-Disability Earnings, Disability Benefits will cease."*

As stated in item (4) above, disability benefits cease when the Participant's Monthly Earnings are greater than or equal to 80% of Pre-Disability Earnings. In reviewing your pay stubs for the period January 1, 2007 through January 31, 2007, your gross earnings for that month totaled $5,635.57. Eighty percent of your pre-disability earnings is $4,262.13. Since your earnings for January 2007 exceeded 80% of your Pre-Disability Earnings, no benefits are due for January 2007.

This claim determination reflects an evaluation of the claim facts and Plan provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to:

The Liberty Life Assurance Company of Boston
Attn: Kate Schulz
Disability Claims

P.O. Box 242484
Charlotte, NC  28224-9904

The written request for review must be sent within 180 days of the receipt of this letter and
state the reasons why you feel your claim should not have been denied.  In your request for
review, include documentation such as test results (which include, but are not limited to, lab
results, x-ray reports, imaging/scan results, electrodiagnostic study results, and results of any
other form of testing), consultation reports, office notes, hospital records, pharmacy records,
physical therapy or rehabilitation evaluation and progress notes, and any other information
which you feel will support your claim.  You may request to review pertinent claim file
documents upon which the denial of benefits was based.  If Liberty Life does not receive your
written request for review within 180 days of your receipt of this notice, our claim decision
will be final, your file will remain closed, and no further review of your claim will be
conducted.  Under normal circumstances, you will be notified of the final decision within 45
days of the date that your request is received.  If there are special circumstances requiring
delay, you will be notified of the final decision no later than 90 days after your request for
review is received.

Nothing in this letter should be construed as a waiver of any Wachovia Corporation rights and
defenses under the above captioned Plan, and all of these rights and defenses are reserved to
the Plan Sponsor, whether or not they are specifically mentioned herein.

If you have any questions about this determination please call me.

Sincerely,

Kate Schulz
Sr. Disability Case Manager
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212

# EXHIBIT 26



Robert S. Conrad

44 Longwood Drive
Sicklerville, NJ 08081

856-875-1739
856-875-6287

Rconrad44@comcast.net

FAX TRANSMITTAL FORM

To:  Liberty Claims
Attn: Kate Schultz

From: Robert S. Conrad
Date Sent: 02/20/07

Fax: 888-443-4212

Number of Pages: 22

Message:

Kate,

Robert Conrad          Claim # 2021495

Liberty Mutual                                         Robert S. Conrad, Sr.
Disability Claims                                      44 Longwood Drive
PO Box 242484                                          Sicklerville, NJ 08081
Charlotte, NC 28224-9904


Attn:   Kate Schultz
Claim #:2021495
Letter dated      Feb. 15, 2007
Received          Feb. 20,2007

Dear Ms. Schultz,

     I have copies of Dr. Petrunzio's patient file from July 05, 2006 thru Feb. 16, 2007. Hey include lab results as well as letters from Dr's. Thomas F. Morley, Jeffrey A. Abrams and Gus J. Slotman, whom I considered for gastric bypass surgery.

     I assure you that I still suffer from Chronic Sleep Apnea, Chronic Fatigue and Fibromyalgia, I have been losing weight which is the only condition I can control at this point. You will notice from Dr. Petrunzio's notes I have also been implementing aqua therapy in an effort to  relieve the pain. I recently had Dr. Hopper withdraw 52 cc of fluid from my left knee, which will probably be required every three months or so.

     My daughter Lisa had surgery to her ankle recently and the reason I tell you this is, if you retroactively terminate my disability I may start to receive bills for her hospitalization.

     I regret that you could not have updated me on the missing information before the expiration of the extension. It is a busy time for doctors with the flu and all. . I was not made aware of his over sight until you phoned me on Feb. 15,2007

     Lastly, I would like to appeal the figures you refer to in paragraph eight of page three of your letter. As you know I have contested this calculation since 2004 and I do not feel that I have been treated fairly in light of my diagnosis.

     I am urgently anticipating your response.

Sincerely,



Robert S. Conrad, Sr.

PATIENT NAME  *Bob Conrad*

BIRTHDATE          PAGE

### S.O.A.P. PROGRESS NOTES

PROB. NO.    DATE

| | T | P | R | |
|---|---|---|---|---|
| 2/16/07 | 97.8 | 76 | 16 | Age 51  Wt. 304  BP. 130/78  Bm. |

needs refills) Adderall XR
results of Labs.

Meds:
Avandia 4mg.
Zocor 80mg. HS.
Adderall XR 20mg. BID.
Tenormin 100mg. ī daily.
Allopurinol 100mg.
Lexapro 20mg.
HCTZ 50mg.

chol 164

Return ___prn ___days ___wks

#20432 — Medical Arts Press  1-800-328-2179

TIENT NAME | BIRTHDATE [redacted] | PAGE

PROB. NO. | DATE | Subjective | Objective | Assessment | Plans

# S.O.A.P. PROGRESS NOTES

T P R Age Wt. BP

Sept 03 Jm C.G.

Hx Hygiene

cc:

Dry mouth hygiene

Robert Conrad has been my patient since 1/16 years. Mr. Conrad experienced the onset of symptoms of Depression, fatigue & Malaise prior to Sept 03. He was healthy, enthusiastic and quite successful in the position as a Stock Broker. Since the onset of symptoms he has experienced symptoms, dysphoria, sleep disorder of varying ability, Depression, myalgias, etc.

His attempts to return to work only aggravated his condition with the resultant total disability. He has undergone multiple testing and has been seen by multiple specialists whose testing being inconclusive and all specialists diagnosing of being

Return ___ prn ___ days ___ wks

| PROB. NO. | DATE | | | | | S.O.A.P. PROGRESS NOTES |

PATIENT NAME      BIRTHDATE      PAGE

Subjective   Objective   Assessment   Plan

| T | P | R | Age | Wt. | BP |

*[Handwritten progress note — largely illegible]*

Return ___ prn ___ days ___ wks

#20432 — Medical Arts Press   1-800-328-2179

PATIENT NAME Robert Conrad Sr.     BIRTHDATE          PAGE

| PROB. NO. | DATE | Subjective | Objective | Assessment | Plans | S.O.A.P. PROGRESS NOTES |
|---|---|---|---|---|---|---|
| | 12/29/06 | T 97.8 | P 76 | R 16 | | Age: 51  Wt.: 302  BP: 120/72 931 |
| | | | | | | due for Adderall XR Refill |
| | | | | | | Needs the letter! has been waiting 3 mos. |
| | | | | | | Meds: Avandia 4mg. Zocor 80mg HS. Adderall XR 20mg. BID. Tenormin 100mg ÷ daily Allopurinol 100mg. Lexapro 20mg. HCTZ 50mg. |

Return ___prn ___days ___wks

| Patient Label Here | DATE OF SERVICE | |
|---|---|---|
| *(handwritten)* | 12 / 10 / 06 | *(handwritten)* |
| | Chart # _____ | |

| AGE 51 | TEMP 98.6 | HT. | WT. 799 | BP 120/72 | PULSE 76 | RESP 16 |
|---|---|---|---|---|---|---|
| RBS | LMP | PAP/PSA | MAMMO | STOOL OB | HGA 1C | URINE PROTEIN |

**SUBJECTIVE:**
CC: _(handwritten)_

_(handwritten lines)_

Onset:_____  Duration:_____   Modifying Factors:_____

**OBJECTIVE:**
General Appearance:    No acute distress ☐    Ill appearing ☐    Disheveled ☐    Anxious ☐

Well nourished ☐    Obese ☑    Cachectic ☐    Lethargic ☐

*Eyes:* conjunctivae & lids: N / AB _____    pupils & irises: N / AB _____
*ENT:* ears & nose (external): N / AB _____    pharynx: N / AB _____
   otoscope: N / AB _____    thyroid: N / AB _____
*Neck:* neck: N / AB _____    percussion: N / AB _____
*Resp:* effort: N / AB _____    palpation: N / AB _____
   auscultation: N / AB _____

*CV:* auscultation: N / AB _____
   carotid arteries: N / AB _____    abdominal aorta: N / AB _____
   extremeties: varicosities: N / AB _____    edema: N / AB _____
*Breasts:* inspection: N / AB _____    palpation: N / AB _____
*GI:* abdomen: N / AB _____
   liver & spleen: N / AB _____    hernia: N / AB _____
*MS:* gait: N / AB _____    nails: N / clubbing / cyanosis / other _____
   *joints, bones, & muscles:* palpation: N / misalignment / asymmetry / crepitation / defects / tenderness / masses / eff

   ROM: N / AB _____   stability: N / AB _____   strength & tone: N / AB _____
*Skin:* skin: N / rashes / lesions / ulcers / other _____
*Neuro:* CN: N / AB _____   DTR: N / AB _____   sensation: N / AB _____
*GU: Male:* scrotum: N / AB _____   rectal: N / AB _____
   *Female:* external genitalia: N / AB _____   cervix: N / AB _____
   uterus: N / AB _____   adnexa: N / AB _____
*Lymphatic:* neck: N / AB _____   axilla: N / AB _____   groin: N / AB _____
*Psych:* judgement & insight: N / AB _____
   mental status: A & O x3: yes / no _____   memory: N / AB _____
   mood: N / depression / anxiety / agitation / other _____

**ASSESMENT:** _____

_(handwritten)_

**PLAN:** _(handwritten)_

JR 4/00                Doctor's Signature _(signature)_

PATIENT NAME _Robert Conrad_                BIRTHDATE _____      PAGE _____

| PROB. NO. | DATE | Subjective | Objective | Assessment | Plans | S.O.A.P. PROGRESS NOTES |
|---|---|---|---|---|---|---|

12/18/06   Age: 51   Wt. 294   BP: 120/72

98.6  76  16   16. Consultation

BP ✓ — discuss meds.

Meds new Rheumatology.

Meds:
Avandia 4mg. ✓
Zocor 80mg HS (Simvastatin)
Adderall XR 20mg. BID.
Tenormin 100mg. 1 daily
HCTZ 50mg 1 daily ✓
Allopurinol 100mg
Lexapro 20mg. BID.

Return ___ prn ___ days ___ wks

PATIENT NAME  Robert Conrad

BIRTHDATE                    PAGE

| PROB. NO. | DATE | S | O | A | P | S.O.A.P. PROGRESS NOTES |
|---|---|---|---|---|---|---|

11/1/06

| | | T | P | R | | Age: 51   Wt: 309   BP: 122/84 Rm |
|---|---|---|---|---|---|---|
| | | 97.8 | 76 | 16 | | due for Adderall XR |

refill (33)

Continued body aches/pains

Meds:
Avandia 4mg
3000U 80mg HS (Simvastatin)
Adderall XR 20mg BID
Tenormin 100mg 1 daily
HCTZ 50mg 1 daily
Allopurinol 100mg
Flexeril 20mg BID

Return ___prn ___days ___wks

#20432 — Medical Arts Press  1-800-328-2179

PATIENT NAME  _Robert   Conras_                                     BIRTHDATE                              PAGE

| PROB. NO. | DATE | Subjective | Objective | Assessment | Plans | S.O.A.P. PROGRESS NOTES |
|---|---|---|---|---|---|---|

8/14/06      T    P    R      Age: 51    Wt: 341    BP: 130/82 ____

9? 62 16.  follow up visit
(due for refills)
90 days for mail.

Continued joint pain

Meds:
- Avandia 4mg.
Would like generic 30/90 days - Zocor 80mg. HS.
- Adderall 20mg. BID.
- Tenormin 100mg. ẏ daily
- HCTZ 50mg. ẏ daily
- Allopurinol 100mg.
- Lexapro 20mg. BID.
- Voltaren 50mg. - stopped.

c   13?/8?   197?   ??   ?/?

Return ___ prn ___ days ___ wks

PATIENT NAME  *ROBERT CONRAS*   BIRTHDATE   PAGE

| PROB. NO. | DATE | Subjective | Objective | Assessment | Plans | S.O.A.P. PROGRESS NOTES |
|---|---|---|---|---|---|---|

2/5/06

T 97.8  P 60  R 12.   Age: 51  Wt: 345  BP: 140/72 @24.
(due for refills)

Meds:
Avandia 4mg.
Zocor 80mg. HS.
(?) - Aderall XR 10mg. BID ↑ 20mg BI
Tenormin 100mg
HCTZ 50mg. ī daily
- Allopurinol 100mg.
- Lexapro 20mg. BID
Voltaren 50mg.

Return ___ prn ___ days ___ wks

#20432 — Medical Arts Press  1-800-328-2179

**Diagnostics®**

QUEST DIAGNOSTICS INCORPORATED
IENT SERVICE 800.825.7330

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS **FINAL** |
| **CONRAD, ROBERT** | |
| | ORDERING PHYSICIAN |
| DOB: 02/26/1955 AGE: 51 | **PETRUNCIO, GEORGE J** |
| GENDER: M | |

SPECIMEN INFORMATION
SPECIMEN:   NE521138H
REQUISITION:  0005203
LAB REF: TUV

| | |
|---|---|
| ID: | CLIENT INFORMATION |
| PHONE: 856.875.1739 | N08080044          ML08 |
| | GEORGE PETRUNCIO, MD |
| | 188 FRIES MILL RD STE E1 |
| | TURNERSVILLE, NJ 08012-2015 |

COLLECTED:  01/30/2007   09:12 ET
RECEIVED:   01/30/2007   16:44 ET
REPORTED:   01/31/2007   14:32 ET

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| TRIGLYCERIDES | | 164   H | <150 mg/dL | QHO |
| CHOLESTEROL, TOTAL | 169 | | <200 mg/dL | QHO |
| HDL CHOLESTEROL | 42 | | > OR = 40 mg/dL | QHO |
| LDL-CHOLESTEROL | 94 | | <130 mg/dL (calc) | QHO |

DESIRABLE RANGE <100 MG/DL FOR PATIENTS WITH CHD OR
DIABETES AND <70 MG/DL FOR DIABETIC PATIENTS WITH
KNOWN HEART DISEASE.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 4.0 | | <5.0 (calc) | QHO |
| PLEASE NOTE: | | | | QHO |

WE RECEIVED YOUR HANDWRITTEN TEST ORDER AND
PERFORMED THE AMA DEFINED LIPID PANEL. IF
THIS IS NOT WHAT YOU INTENDED TO ORDER, PLEASE
CONTACT YOUR LOCAL CLIENT SERVICE REPRESENTATIVE
IMMEDIATELY SO THAT WE MAY ADJUST OUR BILLING
APPROPRIATELY. YOU MAY ALSO INQUIRE ABOUT
ALTERNATIVE OR ADDITIONAL TESTING.

RECEIVED
FEB 00 2007

| | | | | |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QHO |
| PANEL W/EGFR | | | | |

| | | | | |
|---|---|---|---|---|
| GLUCOSE | | 103   H | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 20 | | 7-25 mg/dL | |
| CREATININE | 0.9 | | 0.5-1.4 mg/dL | |
| GFR ESTIMATED | >60 | | > OR = 60 mL/min/1.73m2 | |

IF THE PATIENT IS AFRICAN-AMERICAN, PLEASE MULTIPLY
THIS RESULT BY 1.21. THIS RESULT HAS BEEN CALCULATED
ASSUMING THE PATIENT IS NON-AFRICAN AMERICAN.

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | 22 | | 6-25 (calc) | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |

CONRAD, ROBERT - NE521138H



**Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**CONRAD, ROBERT**

DOB: 02/26/1955 AGE: 51
GENDER: M

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**PETRUNCIO, GEORGE J**

COLLECTED:  01/30/2007    09:12 ET
REPORTED:   01/31/2007    14:32 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHLORIDE | 100 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 28 | | 21-33 mmol/L | |
| CALCIUM | 9.6 | | 8.5-10.4 mg/dL | |
| PROTEIN, TOTAL | 7.1 | | 6.0-8.3 g/dL | |
| ALBUMIN | 4.9 | | 3.5-4.9 g/dL | |
| GLOBULIN | 2.2 | | 2.2-4.2 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | | 2.2    H | 0.8-2.0 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.5 mg/dL | |
| ALKALINE PHOSPHATASE | 54 | | 20-125 U/L | |
| AST | 21 | | 3-50 U/L | |
| ALT | 17 | | 3-60 U/L | |
| CREATINE KINASE, TOTAL | 138 | | 0-200 U/L | QHO |
| CBC (INCLUDES DIFF/PLT) | | | | QHO |
| WHITE BLOOD CELL COUNT | 9.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.80 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 15.0 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 45.1 | | 38.5-50.0 % | |
| MCV | 93.9 | | 80.0-100.0 fL | |
| MCH | 31.2 | | 27.0-33.0 pg | |
| MCHC | 33.2 | | 32.0-36.0 g/dL | |
| RDW | 13.3 | | 11.0-15.0 % | |
| PLATELET COUNT | 330 | | 140-400 Thousand/uL | |
| ABSOLUTE NEUTROPHILS | 5704 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2576 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 736 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 184 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 0 | | 0-200 cells/uL | |
| NEUTROPHILS | 62 | | % | |
| LYMPHOCYTES | 28 | | % | |
| MONOCYTES | 8 | | % | |
| EOSINOPHILS | 2 | | % | |
| BASOPHILS | 0 | | % | |
| C-REACTIVE PROTEIN | 0.25 | | <0.80 mg/dL | QHO |
| TSH | 1.62 | | 0.40-5.50 mIU/L | QHO |
| PSA, TOTAL | 0.2 | | < OR = 4.0 ng/mL | QHO |

PSA VALUES FROM DIFFERENT ASSAY METHODS CANNOT BE
USED INTERCHANGEABLY. THIS ASSAY WAS PERFORMED
USING THE BAYER CHEMILUMINESCENT METHOD.

CONRAD, ROBERT - NE521138H

Page 2 - Continued on Page 3

 Diagnostics ®

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**CONRAD, ROBERT**

REPORT STATUS **FINAL**

DOB: 02/26/1955 AGE: 51
GENDER: M

ORDERING PHYSICIAN
**PETRUNCIO, GEORGE J**

COLLECTED: 01/30/2007   09:12 ET
REPORTED: 01/31/2007   14:32 ET

**PERFORMING LABORATORY INFORMATION**

QHO   QUEST DIAGNOSTICS-HORSHAM, 900 BUSINESS CENTER DRIVE, HORSHAM, PA  19044, Laboratory Director:  HERMAN HURWITZ, MD, FCAP
CLIA: 39D0204404

**LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:**

| TRIGLYCERIDES | 164 | H | <150 mg/dL | QHO |
|---|---|---|---|---|
| GLUCOSE | 103 | H | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| ALBUMIN/GLOBULIN RATIO | 2.2 | H | 0.8-2.0 (calc) | |

**DiMARINO-KROOP-PRIETO GASTRO-INTESTINAL ASSOCIATES, P.A.**

Anthony J. DiMarino, M.D.
Howard S. Kroop, M.D.
Jorge A. Prieto, M.D.
Mitchell I. Conn, M.D.
Robert M. Coben, M.D.
Jeffrey A. Abrams, M.D.
Michael C. DiMarino, M.D.

Woodbury Medical Center
17 West Red Bank Avenue
Suite 302
Woodbury, NJ 08096
(856) 848-4464
FAX: (856) 848-8706

Thomas Jefferson University Hospital
132 South 10th Street
480 Main Building
Philadelphia, PA 19107
(215) 955-8900
FAX: (215) 923-3447

December 22, 2006

George J. Petruncio, M.D.
188 Fries Mill Road, Suite E-1
Turnersville, NJ 08012

RE:   **Robert Conrad**
      **DOB: 02/26/55**

Dear George:

I had the pleasure of seeing your patient, Robert Conrad, on December 20, 2006 for a **colonoscopy.**

**Colonoscopy** was performed to the cecum.  The cecum was identified by the ileocecal valve, appendiceal orifice, and the convergence of folds.  The cecum was normal.  The ascending colon and transverse colon showed occasional diverticula.  The descending colon and sigmoid colon showed frequent diverticula.  In the sigmoid there was a 3 mm polyp that was hot biopsied and removed.  The rectum was normal.  On retroflexion moderate internal hemorrhoids were seen.  The preparation was fair to good.  There was some liquid stool and most of it was removed.

**IMPRESSION:**

1. Status post colonoscopy - one polyp removed and diverticulosis and hemorrhoids found.

**RECOMMENDATIONS:**

1. Check pathology results.
2. High fiber diet.
3. Repeat colonoscopy in three to five years' time, depending on the biopsies.

Thank you for allowing me to participate in your patient's care.  If you have any further questions, please do not hesitate to contact me.

Sincerely,

Jeffrey A. Abrams, M.D.

JAA:fcb



18 DEC 06    8:08:17

I

II

III

aVR

aVL

aVF

V1

V2

V3

V4

V5

V6

RHYTHM STRIP: II
25 mm/sec; 1 cm/mV





**Q**uest Diagnostics.®

QUEST DIAGNOSTICS INCORPORATED
TENT SERVICE 800.825.7330

PATIENT INFORMATION
**CONRAD,ROBERT**

DOB: 02/26/1955 AGE: 51
GENDER: M

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**PETRUNCIO,GEORGE J**

SPECIMEN INFORMATION
SPECIMEN:   NE718521E
REQUISITION: 0004730
LAB REF: TUV

ID:
PHONE: 856.875.1739

CLIENT INFORMATION
N08080044                    ML08
GEORGE PETRUNCIO, MD
188 FRIES MILL RD STE E1
TURNERSVILLE, NJ 08012-2015

COLLECTED:   11/02/2006   07:53 ET
RECEIVED:    11/02/2006   13:47 ET
REPORTED:    11/03/2006   08:40 ET

---

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| GLUCOSE, FASTING (P) | 98 | | 65-99 mg/dL | QHO |
| HEMOGLOBIN A1c | 5.4 | | % of total Hgb | QHO |
| | | | NON-DIABETIC: <6.0% | |

**PERFORMING LABORATORY INFORMATION**

QHO  QUEST DIAGNOSTICS-HORSHAM, 900 BUSINESS CENTER DRIVE, HORSHAM, PA  19044, Laboratory Director:  HERMAN HURWITZ, MD, FCAP
CLIA: 39D0204404



CONRAD,ROBERT - NE718521E                    Page 1 - End of Report

UMDNJ

**SCHOOL OF
OSTEOPATHIC
MEDICINE**

University of Medicine & Dentistry of New Jersey

Gus J. Slotman, M.D., FACS, FCCM, FCCP

University Doctor's Pavilion
42 East Laurel Road, Suite 2600
Stratford, NJ 08084
Phone: 856-566-6428
Fax: 856-566-6429

Bariatric Surgery

Head & Neck Surgery

Surgical Critical Care

Comprehensive
Surgical
Weight Control

Multidisciplinary
Management of Head
And Neck Surgery

July 13, 2006

Dr. George Petruncio
188 Fries Mill Rd.
Suite E-1
Turnersville, NJ    08012

Re: Robert Conrad

Dear Dr. Petruncio:

    I saw Robert Conrad in the office today in consultation for gastric bypass surgery for morbid obesity. With a weight of 340 lbs., a BMI of 47, and comorbidities, the patient meets the NIH guideline criteria for gastric bypass. The patient was given a prescription for an upper GI series which they will have filled if they decide to undergo surgery. I would appreciate a letter of medical necessity from you prior to surgery. They will also need to have cardiac, psychiatric, pulmonary clearances.

    I will continue to keep you informed as to Robert Conrad's progress. Thank you for your confidence in allowing me to participate in their care.

    God bless.

                                                Yours truly,

                                                Gus J. Slotman, MD

GJS/ko

RECEIVED AUG 2006

UMDNJ
**SCHOOL OF
OSTEOPATHIC
MEDICINE**
University of Medicine & Dentistry of New Jersey

Department of Medicine

June 15, 2006

George J. Petruncio, M.D.
Fries Mill Pavilion, Suite E1
188 Fries Mill Road
Turnersville, NJ 08012

RE: Robert Conrad

Dear Dr. Petruncio:

Thank you for the opportunity to re-evaluate Robert Conrad in our office today regarding his obstructive sleep apnea syndrome.

Since the patient's last visit back in June of 2005, he has continued to be compliant with regard to the use of his nasal CPAP. He is using nasal CPAP at 11 cm of water pressure. He uses it all night and sleeps for about seven hours per night, but unfortunately he still feels quite tired in the morning when he awakens. He does not have any problems with snoring with the mask in place, nor has he been told that he has any witnessed apneas when he wears the mask. The patient is still using Adderal 20 mg per day, and in spite of that, he still complains of a daytime fatigue, although he does not seem to be having pathologic sleep. He has also recently been diagnosed with fibromyalgia.

The patient's weight remains an issue, it is over 350 pounds. He appears visibly heavier than he did on his exam last year. HEENT exam shows crowding of his upper airway. Heart rate and rhythm are regular without murmur, S3 or S4. Lungs are clear. The abdomen is grossly soft, nontender. Extremities are without edema, cyanosis or clubbing.

IMPRESSION: The patient has severe obstructive sleep apnea syndrome. Other medical problems include morbid obesity, history of depression, fibromyalgia, essential hypertension, peripheral neuropathy.

The patient's weight remains an issue for both his sleep apnea and his general health. The patient is being evaluated for possible bariatric surgery by Dr. Gus Slotman. His sleep apnea appears adequately controlled for the time being. He seems to be fairly compliant. His weight obviously as I said is a significant issue, which we discussed at some length. I told the patient I would appreciate the opportunity to see him at yearly intervals or at any time if he has recurrence of his snoring or significant sleepiness.



Thank you for the opportunity to re-evaluate your patient.

Sincerely,

Thomas F. Morley, D.O., F.C.C.P., D.A.B.S.M.
Professor of Medicine
Diplomate, American Board of Sleep Medicine
TFM/jlr

d:      06/15/2006 1531 PST
t:      06/17/06 0808 EST
36663631

cc:  Gus Slotman, M.D.
712 Haddonfield Road
Cherry Hill, NJ  08002


**Signed by Thomas Morley DO, FCCP, FACOI on 07/19/2006 at 11:58 AM**

# EXHIBIT 27


**Liberty Mutual.**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-9904
Phone No.: (800) 853-7108  Ext. 369
Secure Fax No.: (888) 443-4212

March 23, 2007

Robert Conrad
C / O Hagner & Zohlman, LLC
Attorneys At Law
1820 Chapel Avenue West    Suite 160
Cherry Hill, NJ 08002-0000

RE:    Long Term Disability Benefits
       Wachovia Corporation
       Claim #: 2021495

Dear Robert Conrad:

We are writing in regard to your claim for Long Term Disability (LTD) benefits under the Wachovia Corporation Group LTD plan.  You have been receiving LTD benefits based on your inability to perform the duties of your own occupation as a Financial Advisor.  The above plan contains a change in the definition of disability which states the following:

*"Disability" or "Disabled" means:*

(a) *during the Elimination period and the next 24 months, the Participant's inability to perform all of the material and substantial duties of his or her own occupation on an Active Employment basis because of an Injury or Sickness; and*

(b) *after the period described in paragraph (a) above, the Participant's inability to perform all of the material and substantial duties of his or her own or any other occupation for which he or she is or becomes reasonably fitted by training, education, or experience because of an Injury or Sickness.*

On December 8, 2006, we advised you that to remain eligible for LTD benefits beyond the 24th month, you must be disabled from any occupation as stated above. Since your LTD benefits began on February 01, 2005, the change in definition occurred on February 1, 2007.

As part of our continuing review, we are awaiting the results of an independent physician review of your claim, as we advised in our letter dated March 1, 2007.

You will continue to receive LTD benefits during this review; however, this payment, or any future payments, should not be interpreted as an admission of present or ongoing liability. We reserve the right to enforce any and all provisions of the plan at any time.

We will notify you of our decision upon completion of our review.  Should our decision be unfavorable, you will not be required to make reimbursement of benefits issued.

If you have any questions about the change in definition or our ongoing investigation, please contact our office.

Sincerely,

Kate Schulz
Sr. Disability Case Manager
Phone No.: (800) 853-7108   Ext. 369
Secure Fax No.: (888) 443-4212