FISHER & PHILLIPS LLP
430 Mountain Avenue
Murray Hill, New Jersey 07974
(908) 516-1050
Attorneys for Defendant
Attorney of Record: Kathleen McLeod Caminiti, Esq.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT S. CONRAD, SR., <br><br> Plaintiff, <br><br> vs. <br><br> THE WACHOVIA GROUP LONG-TERM DISABILITY PLAN, <br><br> Defendant. | Civil Action No. 1:08-cv-05416-RMB-AMD <br><br> ECF CASE <br><br> **DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 AND LOCAL RULE 56.1** |

TO:  THOMAS J. HAGNER, ESQ.
     Hagner & Zohlman, LLC
     Commerce Center
     1820 Chapel Avenue, West, Suite 160
     Cherry Hill, NJ 08002
     Attorneys for Plaintiff

**COUNSEL:**

**PLEASE TAKE NOTICE** that on February 16, 2010 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant Wachovia Corporation Long-Term Disability Plan (hereinafter "Wachovia LTD Plan" or "Defendant"), incorrectly denominated in the caption as "The Wachovia Group Long-Term Disability Plan," will move before the Honorable Renee Marie Bumb, United

NewJersey 156043.1

States District Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, P.O. Box 886, Camden, NJ 08101 for an Order Granting Summary Judgment in favor of defendant and dismissing the Complaint in its entirety.

**PLEASE TAKE FURTHER NOTICE** that as part of the within Motion, Defendant shall rely upon Defendant's Brief in Support of Summary Judgment, Defendant's Local Rule 56.1 Statement of Material Facts Not In Dispute, the Certification of James L. Beaver with exhibits, and the Certification of Paula McGee with exhibits, all of which are being filed concurrently. A proposed form of Order is also submitted herewith.

        FISHER & PHILLIPS LLP
        Attorneys for Defendant Wachovia Group
        Long Term Disability Plan


        By: _____s/Kathleen McLeod Caminiti_____
            KATHLEEN McLEOD CAMINITI
            A Member of the Firm

Dated: January 14, 2010