**FISHER & PHILLIPS LLP**
430 Mountain Avenue
Murray Hill, New Jersey 07974
(908) 516-1050
Attorneys for Defendant
Attorney of Record: Kathleen McLeod Caminiti

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT S. CONRAD, SR., <br><br> Plaintiff, <br><br> vs. <br><br> THE WACHOVIA GROUP LONG-TERM DISABILITY PLAN, <br><br> Defendant. | Civil Action No. 1:08-cv-05416-RMB-AMD <br><br> **CERTIFICATION OF PAULA McGEE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, Paula McGee, of full age, do hereby certify as follows:

1. I am the Litigation Manager for Liberty Life Assurance Company of Boston ("Liberty"). I make this Certification based upon the records contained in the claim file maintained by Liberty Mutual in the ordinary course of business with respect to Robert S. Conrad Sr. ("Conrad"). As such, I am familiar with the facts in this case.

2. Attached hereto as Exhibit A is a true and correct copy of Liberty's 2003 claim file notes maintained on Plaintiff Conrad. It indicates that Mr. Conrad never filed a claim for short-term disability (STD) benefits prior to December 22, 2003.

3. Attached hereto as Exhibit B is a true and correct copy of a Manager's Short-Term Disability (STD) Reporting Form, dated December 24, 2003 and signed by

Mr. Nicholas J. Mekosh. This form and the claim file notes both indicate that Mr. Conrad was absent from work, due to a hospital stay, for five (5) consecutive days, beginning November 24, 2003. He returned to work on Monday, December 1, 2003. (See Exhibits A and B attached hereto.)

4. Attached hereto as Exhibit C is a true and correct copy of a Liberty Authorization to Obtain and Release Information Form, dated December 31, 2003, and signed by Mr. Conrad.

5. Attached hereto as Exhibit D is a true and correct copy of a facsimile sent by Liberty to Mr. Conrad's physician, Dr. George Petrunzio, on January 12, 2004, requesting medical documentation to support Mr. Conrad's claim for STD benefits.

6. Attached hereto as Exhibit E is a true and correct copy of a letter, dated January 19, 2004, from Tosha Darby to Robert Conrad, informing him that his STD claim was denied for failure to provide proof of disability, but that if he submitted supporting medical documentation within 60 days, his claim would be reopened.

7. Attached hereto as Exhibit F is a true and correct copy of a letter, dated January 19, 2004, from Tosha Darby to Robert Conrad, informing him that his claim for New Jersey Temporary Disability Benefits was denied for failure to provide proof of disability, but that if he wanted to appeal this decision, he could do so by writing to the Division of Temporary Disability Insurance, Irregular and Disputed Claims, Section CN957, Trenton, NJ 08625-0967, and enclosing any evidence or documentation to support his appeal.

8. Attached hereto as Exhibit G is a true and correct copy of a letter, dated January 19, 2004, from Tosha Darby to the New Jersey Department of Labor, notifying them that Mr. Conrad's claim for New Jersey Temporary Disability Benefits has been closed and enclosing a copy of the claim file and the denial letter sent to Mr. Conrad on that same date.

9. Attached hereto as Exhibit H is a true and correct copy of Liberty internal claim file documents pertaining to Mr. Conrad's December 2003 STD claim.

10. Attached hereto as Exhibit I is a true and correct copy of a letter, dated January 20, 2004, from Tosha Darby to Nicholas J. Mekosh, advising him that Mr. Conrad's claim for STD leave has been closed, as the medical documentation necessary to support disability had not been received.

11. Plaintiff failed to provide supporting medical documentation within the requisite 60 days and did not appeal from the denial of STD benefits so the claim was never reopened.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Paula McGee

Dated: February 12, 2010