# EXHIBIT A

---

**Note Report**

| Report | Clear | Print | Help |

Add Note  Appeal  Claim  Correspondence  Leave  Life Claim  Lve Addtl Info  Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History
Note  Task Print  Task Rpt  Tasks

**Claim**
* Claim Number/Leave ID: 1201957
  Note type:

**Primary Sort Order**
- ○ Note Type
- ○ Note Number
- ● Note Date/Time

**Secondary Sort Order**
- ● Note Type
- ○ Note Number
- ○ Note Date/Time

**Report Options**
- ○ Save it to Disk
- ● Display Online

---

**03/26/2009 9:53 AM - CLAIM Note 9**
Claim/Leave: 1201957
NoteSubject : Other
Other Subject : FILE REC'D/SHIPPED
Text: [03/26/2009 - MOORE, JENNIFER]ORIGINAL FILE REC'D FROM STORAGE FACILITY. FILE COPIED & RETAINED IN OFFICE. ORIGINAL FILE SENT TO P. MCGEE IN LEGAL PER REQUEST

**06/07/2005 2:24 PM - CLAIM Note 8**
Claim/Leave: 1201957
NoteSubject : Other
Other Subject : LETTER TO WACHOVIA
Text: [06/07/2005 - MACK, LINDSAY]COPY OF DENIAL LETTER SENT TO ANGELIA THOMAS OF WACHOVIA PER HER REQUEST.

**01/20/2004 10:59 AM - PHONE Note 3**
Claim/Leave: 1201957
NoteSubject : EE Called
Other Subject : R/C
Text: [01/20/2004 - DARBY, TOSHA]10:22 - CLMT R/C TO DISCUSS CLM....EXPLAINED TO HIM THAT WE HAD SENT REQUEST FOR MEDS TO DR PETRUNZIO'S OFFICE; HOWEVER, TO DATE, HAVE NOT GOTTEN A RESPONSE....ALSO NEEDED TO GET SOME GENERAL INFO FROM HIM REGARDING REASONFOR FILING CLM....CLMT THEN BEGAN TO EXPLAIN HE HAD BEGAN LOOSING WEIGHT, RAPIDLY AND UNINTENTIONAL, IN SEPTEMBER....BY OCTOBER, HE WAS FEELING BAD...LOST APPETITE...WAS SEEING DR ON WEELY BASIS....WEEK OF THANKSGIVING, HE WAS ADMITTED TO HOSPITAL....11/24/03 AND D/C ON 11/28/03.....CONTINUED WITH SX'S AFTER D/C:...HAD ENDOSCOPY AND COLOSCOPY...HASN'T HAD SLEEP TEST YET...HAD PLANNED TO HAVE DONE IN DECEMBER, BUT DID NOT HAVE TIME....CLMT FURTHER EXPLAINED HE WORKS IN PRODUCTION SALES...HIS PRODUCTION WAS AFFECTED AND HIS SALES WERE DOWN....ACTUALLY RTW ON 12/1/03....HE EXPLAINED HE WAS THERE, BUT HE WASN'T.....HE CAME BACK TO DO WHAT HE HAD TO DO TO KEEP BRINGING HOME A PAYCHECK....HE EXPLAINED TO DO HIS JOB, ONE HAS TO HAVE THE PROPER ATTITUDE, AMBITION TO SALE THE PRODUCT....HE DID NOT HAVE THIS....WAS SICK...ALTHOUGH FEELING SOME BETTER NOW....NOT FULLY RECOVERED....I AGAIN CONFIRMED WITH CLMT THAT THROUGHOUT THIS ENTIRE TIME, HE ONLY MISSED 11/24/03 THRU 11/30/03 FROM WORK.....HEADVISED THIS WAS TRUE....I THEN EXPLAINED THAT HE HAD NOT SATISFIED EP; THEREFORE, WOULD NOT QUALIFY FOR STD BENEFITS....CLMT THEN EXPLAINING THAT HE WAS PHYSICALLY AT WORK, BUT REALLY NOT THERE...NOT HIMSELF....HE ASKED IF THERE WAS SOMETHING SET UPFOR AN ONGOING ILLNESS....AS I BEGAN TO EXPLAIN INTERMITTENT, HE STATED WHATEVER IS GOING TO BE, IS GOING TO BE....HE SAID HE WISHED HE WOULD HAVE KNOWN THIS THEN....WOULD HAVE REMAINED OUT OF WORK FOR THE ENTIRE MONTH OF NOVEMBER....HE ADDED HE DEALS WITH DISABILITY PRODUCTS, BUT WAS NOT AWARE THAT WACHOVIA'S PLAN HAD AN EP....EXPLAINED THAT SINCE HE HAD NOT SATISFIED EP, WE WOULD NOT BE ABLE TO CONSIDER CLM; HOWEVER, GOING FORWARD, IF SX'S REOCCUR OR SOMETHING ELSE COMES UP....IF HE MISSES ATLEAST EIGHT DAYS FROM WORK, HE CAN FILE CLM....CLMT ADVISED HE UNDERSTOOD.

**01/19/2004 4:25 PM - PHONE Note 2**
Claim/Leave: 1201957
NoteSubject : Called ER
Other Subject :
Text: [01/19/2004 - DARBY, TOSHA]4:21 - CALLED NICHOLAS MEKOSH TO ADVISE OF CLM CLOSURE...LEFT VM EXPLAINING DR'S OFFICE HAS NOT RESPONDED AND WE HAVEN'T BEEN ABLE TO SPEAK WITH CLMT...ASKED HIM TO RELAY MESS TO CLM AND HAVE HIM F/U TO DISCUSS....LEFT NUMBER AND EXT FOR REF....

**01/19/2004 4:19 PM - CLAIM Note 7**
Claim/Leave: 1201957

Liberty/Conrad 1293

NoteSubject : Closed
Other Subject : NO MEDS
Text: [01/19/2004 - DARBY, TOSHA]CLOSED DUE TO FAILURE TO PROVIDE PROOF

**01/19/2004 2:22 PM - CLAIM Note 6**
Claim/Leave: 1201957
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [01/19/2004 - HARMON, MARGRET]AGREE WITH DENIAL/TEMP CLOSURE DUE TO FTPP. WE WILL REOPEN
AND REVIEW CLAIMS IF MEDICAL INFO. IS RECEIVED WITHIN 60 DAYS OF THE DATE OF THE
DENIAL/CLOSURE LETTER.[01/19/2004 - HARMON, MARGRET]DCM TO CALL CLMT.'S MANAGERAND GET WORK
NUMBER AS CLMT. HAS RTW.

**01/19/2004 9:58 AM - PHONE Note 1**
Claim/Leave: 1201957
NoteSubject : Called EE
Other Subject :
Text: [01/19/2004 - DARBY, TOSHA]9:57 - CALLED CLMT TO DISCUSS CLM AND TO PROVIDED STATUS
UPDATE.....PHONE RANG REPEATEDLY WITH NO ANSWER/ANSWERING MACHINE.

**01/13/2004 9:17 AM - CLAIM Note 5**
Claim/Leave: 1201957
NoteSubject : Medical Status
Other Subject :
Text: [01/13/2004 - DARBY, TOSHA]FAXED INITIAL MED REQUEST TO DR GEORGE'S OFFICE ON 1/12/04,
REQUESTING TESTS RESULTS, OV NOTES AND COMPLETED RESTRICTIONS FORM, REGARDING TX FROM
11/24/03 TO PRESENT....ARM INCLUDED[01/13/2004 - DARBY, TOSHA]REQUESTED RESPONSE BY 1/15/04

**01/12/2004 9:26 AM - CLAIM Note 4**
Claim/Leave: 1201957
NoteSubject : Other
Other Subject : NO PRIOR CLMS
Text: [01/12/2004 - DARBY, TOSHA]CLMT DOES NOT HAVE ANY PRIOR CLMS WHICH WOULD CREATE GAP IN
CURRENT BENEFITS.

**12/22/2003 1:36 PM - CLAIM Note 3**
Claim/Leave: 1201957
NoteSubject : Other
Other Subject : SENT LTR
Text: [12/22/2003 - GREENE, LINDA]NEW CLM LTR

**12/22/2003 12:00 PM - CLAIM Note 1**
Claim/Leave: 1201957
NoteSubject : Telephonic Intake
Other Subject : EXPRSCALL CLAIM NOTE
Text: COLONOSTOMY AND ENDOSCOPY DONE AS OUTPATIENT ON 12-11-03. RTW 12-1-03. HE IS STILL HAVING
TESTING DONE TO SEE IF CONDT. IS MENTAL OR PHYSICAL. D REGAN TCC 12-22-03.

**12/22/2003 12:00 PM - CLAIM Note 2**
Claim/Leave: 1201957
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: EMP HAD AN ENDOSCOPY AND COLONOSTOMY DONE- POLLUP REMOVED. ALSO STRESS
TREATMENT,& TESTING ON SLEEP APNEA & PROSTATE.

Liberty/Conrad 1294

Note Report

| Report | Clear | Print | Help |

Add Note  Appeal  Claim  Correspondence  Leave  Life Claim  Lve Addtl Info  Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History
Note  Task Print  Task Rpt  Tasks

┌─ Claim ──────────────────────────┐  ┌─ Primary Sort Order ─┐  ┌─ Secondary Sort Order ─┐  ┌─ Report Options ──────┐
│ * Claim Number/Leave ID: 786878  │  │ ○ Note Type          │  │ ○ Note Type            │  │ ○ Save it to Disk     │
│   Note type: [          ▼]       │  │ ○ Note Number        │  │ ○ Note Number          │  │ ● Display Online      │
│                                  │  │ ● Note Date/Time     │  │ ○ Note Date/Time       │  │                       │
└──────────────────────────────────┘  └──────────────────────┘  └────────────────────────┘  └───────────────────────┘

**01/21/2004 10:51 AM - CLAIM Note 2**
Claim/Leave: 786878
NoteSubject : Other
Other Subject :
Text: [01/21/2004 - DARBY, TOSHA]COPY OF FILE SENT TO NJ DEPT OF LABOR

**01/19/2004 4:20 PM - CLAIM Note 1**
Claim/Leave: 786878
NoteSubject : Closed
Other Subject : NO MEDS
Text: [01/19/2004 - DARBY, TOSHA]CLOSED FILE DUE TO FAILURE TO PROVIDE PROOF

Liberty/Conrad 1295

# EXHIBIT B

12-26-03   01:09pm   From-WACHOVIA SECURITIES ES          1-856-988-8709          T-490   P 02/02   F-217

# Manager's Short-Term Disability (STD) Reporting Form

*This form should be completed by the employee's direct manager. Please print clearly. See the back of this page for instructions.*

| Employee Information | | |
|---|---|---|
| Employee's Name  ROBERT S. CONRAD, SR. | | Social Security No.  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 |
| Employee's Job Title  FINANCIAL CONSULTANT | Employee's Job Location  CHERRY HILL/MARLTON NEW JERSEY BRANCH | |
| Employee's Last Day at Work | Date of Onset of Employee's Illness/Injury (if known)  09/19/2003 | |

If the employee's absence is due to an intermittent Disability, list eight previous dates missed due to same or related condition:

N/A   *HOSPITALIZED   11-24-2003 THROUGH   11-29-2003*

Normal Work Schedule:
_____ days scheduled per week   - OR -   _____ hours scheduled per week

Check the days of the week normally worked:
☒ Monday   ☒ Tuesday   ☒ Wednesday   ☒ Thursday   ☐ Friday   ☐ Saturday   ☐ Sunday

Total Number of STD Days Available   *65*  days at 100%   *65*  days at 60%  *(See table on reverse side for information)*

Total Number of STD Days Used to date as of last day worked:   *0*  days at 100%   *0*  days at 60%

Has the Employee been terminated? *   ☐ Yes   ☒ No     If "yes," paid through date:   /     /

*\* An employee may be eligible for a state mandated benefit, even if he/she is not eligible for benefits under Wachovia's STD plan. See back page for information specific to California, Hawaii, New Jersey, New York, and Rhode Island employees.*

Employee's Anticipated Return to Work Date
*CURRENTLY   BACK   TO   WORK*

| About the Employee's Job |
|---|
| Brief Description of Job:  BOB IS A FINANCIAL CONSULTANT. PAID SOLELY BY COMMISSION.  *IF BOB IS NOT AT WORK   HE DOESN'T RECEIVE PAY.* |

Physical Requirements - In terms of an 8-hour workday, the job requires the employee to:

| | Not at all | Occasionally (1/4 - 2 1/2 hours) | Frequently (2 1/2 - 5 1/2 hours) | Continuously (5 1/2 - 8 hours) |
|---|---|---|---|---|
| Walk | ☐ | ☒ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Bend/Stoop | ☒ | ☐ | ☐ | ☐ |
| Reach above shoulder level | ☒ | ☐ | ☐ | ☐ |
| Climb | ☒ | ☐ | ☐ | ☐ |
| Kneel | ☒ | ☐ | ☐ | ☐ |
| Manual dexterity | ☐ | ☐ | ☒ | ☐ |
| Drive/Travel | ☐ | ☐ | ☐ | ☒ |
| Talk | ☒ | ☐ | ☐ | ☐ |
| Type | ☒ | ☐ | ☐ | ☐ |
| Stand | ☒ | ☐ | ☐ | ☐ |
| Lift · Usual # of lbs _____ · Maximum # of lbs _____ | | | | |
| Carry · Usual # of lbs. _____ · Maximum # of lbs. _____ | ☐ | ☐ | ☐ | ☐ |

Are there any environmental/psychological issues that need consideration?

☐ Yes   ☒ No

If "yes," check all that apply:
☐ Noise
☐ Chemicals
☐ Temperature
☐ Dust
☐ Fumes
☐ Other: _____

| About You (the Employee's Manager) | |
|---|---|
| Name  NICHOLAS J. MEKOSH | Title  MANAGING DIRECTOR  RESIDENT MANAGER |
| Work Address  555 LINCOLN DRIVE WEST, MARLTON, NJ  08053 | |
| Phone  ( 856 ) 988 - 8808 | Fax  ( 856 ) 988 - 8709 |
| | Date  12 /24 /03 |

Manager's Signature
X  *Nicholas Mekosh*

0000 538044 (Page 1 of 2, Rev 05)

Liberty/Conrad 1313

EXHIBIT C

12-31-03   02:16pm   From-WACHOVIA SECURITIES ES                    1-856-988-8708            T-557   P 01/02   F-317

Wachovia Securities, LLC
555 Lincoln Drive West
Marlton, NJ 08053

Tel 856-988-8808
Fax 856-988-8709
Toll Free 800-866-8808

Wachovia Securities
555 Lincoln Drive West
Marlton, New Jersey 08053
1-800-866-8808
Fax 1-856-866-8709



# facsimile transmittal

WACHOVIA SECURITIES

| | | | |
|---|---|---|---|
| **To:** | Liberty Mutual | **Fax:** | 888-443-4212 |
| **From:** | Robert S. Conrad, Sr | **Date:** | December 31, 2003 |
| **Re:** | Claims | **Pages:** | 2 |
| **CC:** | [Click here and type name] | | |

☐ Urgent    x For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**Notes:** Claim # 1201957

Bob Conrad

Liberty/Conrad 1312

12-31-03  02:16pm  From-WACHOVIA SECURITIES ES          1-856-988-8708        T-557  P 02/02  F-317

## Authorization to Obtain and Release Information

**Liberty Mutual.**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-3484
Phone No.: 1-800-291-0112
Fax No.: 1-888-449-6212

Return to: __120 1957__

| EMPLOYEE/CLAIMANT NAME: | Robert S. Conrad | SS. NO.: | 135 - 44 - 1807 |
|---|---|---|---|
| CLAIM NO.: 120 1957 | | DATE OF BIRTH: | 2-26-55 |
| EMPLOYER/SPONSOR: | Wachovia Securities | | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Robert S. Conrad                     __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__
Print Name                            Social Security Number

_(signature)_                         __12-31-03__
Signature                             Date

Liberty/Conrad 1311

DP 432 07/01

# EXHIBIT D

LIBERTY MUTUAL        ax:7043573729

## ** Transmit Conf. Report **

P.1                                                            Jan 12 2004  11:29

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 18562620428 | NORMAL | 12,11:29 | 3'08" | 5 | 0 K | |

---

DATE:      January 12, 2004

TO:        Dr. George Petrunzio
Attn:


### Liberty Mutual.

SECURE
FAX#:      (856) 262-0428

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-2484
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

FROM.      Tosha Darby
           Disability Case Manager
           Phone No.: (800) 291-0112 Ext. 326
           Secure Fax No.: (888) 443-4212

RE:        Wachovia Corporation
           Patient Name: Robert Conrad
           SS#: 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  Claim #: 1201957
           Date of Birth: February 26, 1955

---

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

Liberty/Conrad 1306

DATE:      January 12, 2004

TO:        Dr. George Petrunzio
Attn:



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-2484
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

SECURE
FAX#:      (856) 262-0428

FROM:      Tosha Darby
           Disability Case Manager
           Phone No.: (800) 291-0112 Ext. 326
           Secure Fax No.: (888) 443-4212

RE:        Wachovia Corporation
           Patient Name: Robert Conrad
           SS#: 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  Claim #: 1201957
           Date of Birth: February 26, 1955

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-2484
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

January 12, 2004

Dr. George Petrunzio

RE:    Short Term Disability BenefitsWachovia Corporation
       Patient Name: Robert Conrad
       SS#: 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  Claim #: 1201957
       Date of Birth: February 26, 1955

Dear Dr. George Petrunzio:

To evaluate Robert Conrad's initial eligibility for disability benefits, we need updated medical information. I have checked below the information needed for November 24, 2003 to present.

___ Admission History          ___ Dates of Prior Admissions

___ Hospital Records           ___ Discharge Summary

_X_ Diagnostic Tests           ___ Operative Reports

_X_ Office Notes               _X_ Other: Enclosed Form

Your patient should have provided your office with a signed Authorization. To avoid delays in processing, please submit all requested information no later than January 15, 2004. Your time and assistance with this matter are greatly appreciated. Should you have any questions regarding this request, feel free to contact our office.

***Please note: Any processing fee or charge associated with providing initial medical information to support disability is the sole responsibility of the patient.

Sincerely,

Tosha Darby

Tosha Darby
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 326
Secure Fax No.: (888) 443-4212

Forms Attached:
Restrictions

Liberty/Conrad 1309

# RESTRICTIONS FORM
## TO BE COMPLETED BY THE ATTENDING PHYSICIAN

 **Liberty Mutual.**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-2484
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

**Return To:**   Tosha Darby

EMPLOYEE/CLAIMANT NAME:   ROBERT CONRAD

CLAIM NO:  1201957                                    S.S. NO:

EMPLOYER/SPONSOR:  Wachovia Corporation        DATE OF BIRTH:  2/26/1955

IN ORDER TO DETERMINE BENEFITS FOR THE ABOVE NAMED CLAIMANT, ADDITIONAL INFORMATION IS REQUIRED. PLEASE RESPOND TO THE FOLLOWING QUESTIONS OR STATEMENTS AND FAX TO LIBERTY MUTUAL. THIS INFORMATION IS REQUESTED WITHOUT EXPENSE TO LIBERTY MUTUAL.

DATE FIRST TREATED: _____  HOSPITAL ADMIT DATE: _____      DISCHARGE DATE: _____

DATE LAST TREATED: _____  SURGICAL PROCEDURE(S): _____

DATE OF NEXT SCHEDULED APPOINTMENT:  _____  SURGERY DATE(S): _____  CPT CODE: _____

DATE PATIENT ADVISED TO CEASE WORK:  _____  ESTIMATED RTW DATE: _____

FREQUENCY OF VISITS: _____  WEEKLY _____      MONTHLY _____

OTHER: _____

DIAGNOSIS AND CONCURRENT CONDITIONS WITH ICD 9 CODE:

PLEASE DESCRIBE ANY/ALL RESTRICTIONS AND LIMITATIONS YOU HAVE IMPOSED FROM _____ THROUGH _____

PLEASE DESCRIBE THE OBJECTIVE MEDICAL FINDINGS THAT SUPPORT THE ABOVE RESTRICTIONS AND LIMITATIONS.

PLEASE DESCRIBE IN DETAIL YOUR TREATMENT PLAN INCLUDING MEDICATIONS, DIAGNOSTIC TESTING AND TREATMENT MODALITIES:

HAS YOUR PATIENT RESPONDED TO THIS TREATMENT PLAN? (PLEASE PROVIDE PROGRESS MADE):

PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FOR THIS PATIENT FOR THE PERIOD FROM _____ THROUGH _____

| Provider's Name (PLEASE PRINT) | Degree/Specialty | SS No. or Tax ID |
|---|---|---|
| Street Address | Telephone No. | Fax No. |
| City/State/Zip Code | Signature | Date |

DP 446 Rev. 06/01

Liberty/Conrad 1310

EXHIBIT E



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-2484
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

January 19, 2004

Robert Conrad
44 Longwood Drive
Sicklerville, NJ 08081-0000

RE:     Short Term Disability Benefits
        Wachovia Corporation
        Claim #: 1201957

Dear Mr. Conrad:

We are in receipt of your claim for Short Term Disability (STD) leave under the Wachovia
Corporation Group STD plan. However, we are unable to complete our review as necessary
medical information has not been provided.

*"Disability" means you are unable to perform all of the material and substantial duties of your
occupation on an Active Employment basis because of an Injury or Sickness."*

We have not received medical information to support a condition of such severity as to
preclude you from performing your occupation as a Financial Advisor. To support your claim,
on January 12, 2004, a request for medical information was faxed to the office of Dr. George
Petrunzio. To date, we have not received a response. Therefore, your claim for STD leave has
been closed.

This claim determination reflects an evaluation of the claim facts and plan provisions. We
reserve the right to make a determination on any additional information that may be submitted.

You have the right to have your claim reopened by providing the documentation requested
above within 60 days from the date of this letter to the Liberty Life Assurance Company of
Boston representative signing this letter. In addition, please feel free to include any additional
information that you feel support why your claim should not have been closed. Under normal
circumstances, you will be notified of the final decision within 60 days of the date that your
request is received. If there are special circumstances requiring delay, you will be notified of
the final decision no later than 120 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Wachovia Corporation and
defenses under the above captioned plan, and all of these rights and defenses are reserved to
the Company, whether or not they are specifically mentioned herein.

Liberty/Conrad 1304

If you have any questions, please feel free to contact our office at the number below.

Sincerely,

Tosha Darby

Tosha Darby
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 326
Secure Fax No.: (888) 443-4212

Liberty/Conrad 1305

EXHIBIT F

 **Liberty Mutual.**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-2484
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

January 19, 2004

Robert Conrad
44 Longwood Drive
Sicklerville, NJ 08081-0000

RE:     New Jersey Temporary Disability Benefits
        Wachovia Corporation
        Claim #: 786878

Dear Mr. Conrad:

We are writing in regards to your claim for New Jersey Temporary Disability Benefits. The Wachovia Corporation Short Term Disability plan states:

"Disability" or "Disabled" means you are unable to perform all the material and substantial duties of your occupation on an Active Employment basis because of injury or sickness.

We have not received medical information to support a condition of such severity as to preclude you from performing your occupation as a Financial Advisor. To support your claim, on January 12, 2004, a request for medical information was faxed to the office of Dr. George Petrunzio. To date, we have not received a response. Therefore, your claim for STD leave has been closed.

Therefore, your claim for New Jersey Temporary Disability Benefits has been closed.

If you disagree with this determination, The New Jersey Division of Temporary Disability Insurance provides an appeal process. Your appeal must be in writing. It should state the reason for your appeal and why you disagree with the decision. Your appeal should be sent to:

Division of Temporary Disability Insurance
Irregular and Disputed Claims
Section CN957
Trenton, NJ 08625-0957

Include your name and Liberty claim number on your appeal and enclose any evidence or documents that support your position.

This claim determination reflects an evaluation of the claim facts and policy provisions. We reserve the right to make a determination on any additional information that may be submitted. Nothing in this letter should be construed as a waiver of any of Liberty Life Assurance Company of Boston rights and defenses under the above captioned plan, and all these rights and defenses are reserved to the Company, whether or not specifically mentioned herein. Liberty/Conrad 1302

Sincerely,

Tosha Darby
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 326
Secure Fax No.: (888) 443-4212

**Liberty/Conrad 1303**

# EXHIBIT G



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-2484
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

January 19, 2004

New Jersey Department of Labor
ATTN: New Jersey Department of Labor
Bureau of Private Plans
Claims Review Unit
P.O. Box 957
Trenton, NJ 08625-0957

RE:     New Jersey Temporary Disability Benefits
        Wachovia Corporation
        Claim #: 786878

Dear New Jersey Department of Labor:

We are writing to notify you that Temporary Disability Benefits (TDB) for Robert Conrad has been closed as of January 19, 2004.

Please refer to the enclosed claim file and copy of the letter sent to Robert Conrad for details. Should you have any questions, please feel free to contact our office.

Sincerely,

Tosha Darby

Tosha Darby
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 326
Secure Fax No.: (888) 443-4212

# EXHIBIT H

## COPY CENTER JOB TICKET / SEND FILE TO

### REQUESTOR INFORMATION

Name: _Toora Paul_   Today's Date: _1/20/04_
Time: _____ Ext: _0_

### JOB SPECIFICATIONS

# of copies: _____

Day Wanted:    MON        TUE        WED        THUR        FRI

Time Wanted:        ____AM                ____PM        RUSH

COPY INSTRUCTIONS:  (Please circle all that apply)

| Exactly as original | Clipped pages only | Tab pages only | Stapled |
| Stapled and collated | Collated | 3 hole punched | |
| 8.5 x 11 | 8.5 x 14 | 8.5 x 17 | |

☐ **APPEALS** – Marilyn Cook, Dover
    Make a copy of file. Send original file. Copy back to CM.

☐ **OVERPAYMENTS** – Cheryl Carmichael, Dover          ☐ **RUSH**
    Send file

☐ **QA** – Loretta Griffin, Dover          ☐ **NORMAL TIME**
    Send file

☐ **TCMS** – Loretta Griffin, Dover
    Send file

☑ **NJ TEMP. DIS / STAT**
    Make a coy of file.  Original back to CM. Copy to NJ.

[ ] **Integrated Benefits Inc.**          [ ] **Claims Verification Inc.**
P.O. Box 7200                              1166 West Newport Center Dr., Suite 212
205 Alameda Drive                         Deerfield Beach, FL 33442-7991
Jefferson City, MO 65102

[ ] **Liberty Mutual – Paula McGee**
3901 Premier Dr.
Tampa, FL 33624

**DISTRIBUTION** – If other than sender _____

**SPECIAL INSTRUCTIONS:**

_____
_____
_____
_____

Claim Coversheet Report

| Find | Clear | Print | Save | New | Help |

Admin Notes  Claim  Class Benefit

Claim Number 1201957    Claim Last Updated 12/22/2003    Printed On 12/22/2003

**Claimant Information**

Name ROBERT S CONRAD

Address 44 LONGWOOD DRIVE

SICKLERVILLE, NJ 08081-0000

Phone (856) 875-1739

SSN 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    Birth Date 02/26/1955 (48)

Salary Amount $ 1830.88    Mode W

Date of Hire 05/12/1995

Last Work Date 11/24/2003

Federal Tax None    State Tax No

Phys Demands Light

JobDesc FINANCIAL ADVISOR

Claim Status In Process    Status Reason    Received Date 12/22/2003

Disability Date 11/25/2003    Close Date    Reopen Date

Sick Days Left    Max Ben Date    RTW FT / PT

Ben Begin Date    Apprv Thru Date    Gross Ben $

Diagnosis 1 Code/Desc 308.9    STRESS DISORDER, ACUTE

Diagnosis 2 Code/Desc 300.0    ANXIETY STATES    Admitted  11/24 - 11/28

**Policyholder Information**

Customer ID 05 - 276994    WACHOVIA CORPORATION

Subsidiary FUNJ    FIRST UNION SHARED RESOURCES-N

Location 01A00000    GENERAL BANKING

Symb PD    Numeral 01    Product STD    Funding ASO    Bank N    Calcs Y    Cntr Eff 01/01/1978

Class 04    ALL REGULARLY SCHEDULED EMPLOYEES OF WACHOVIA AND ITS SUBSIDIARIES

Waiting Period: New/ Current 3    3    Days in WRKWK 7    Pre-X NONE

Elimination Period: Days/Type 7    Hospital-Sickness    COLA: Mode/Duration

Successive Period: Days/Type 14    Floating    SS Integration:Type/Value

Partial Disability Type/Pct    Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit    Own Occupation Definition Limit    M/N Limit

Benefit %    Max Benefit $    Min Benefit $    Employer Contr %    Subro Ind Y

**Selected Benefits**

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|--------|---------|--------------|-------|------------------|
| PD | 03 | STAT | 01 | 05/12/1995 |
| PD | 01 | STD | 04 | 08/12/1995 |

*Dr. George Petruzzo*
*(856) 875-7700(P)*
*(856) 262-0428(F)*

**Additional Information:**

Liberty/Conrad 1296

EXHIBIT I


**Liberty Mutual.**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 242484
Charlotte, NC 28224-2484
Phone No.: (800) 291-0112
Secure Fax No.: (888) 443-4212

January 20, 2004

Nicholas J. Mekosh

RE:     Disability Benefits
        Wachovia Corporation
        Claimant Name:  Robert Conrad
        Claim #: 1201957

Dear Nicholas J. Mekosh:

This is to advise you that your employee's claim for Short Term Disability (STD) leave has been closed, as we have not received the necessary medical documentation to support disability. Please note that if the requested medical documentation is submitted, we will provide you with an update of the claim status at that time. If you have any questions, please do not hesitate to contact me at (800) 853-7108, option 2, extension 326. Thank You.

### MANAGER'S REMINDER

**Please note that if your employee's claim for STD leave is denied, they have the option of either applying Paid Time Off (PTO), or taking the time as unpaid. If the employee's status needs to be changed with regard to payroll, please make certain that the appropriate paperwork is submitted to the Wachovia Human Resource Support Center (HRSC) in accordance with the payroll processing schedule. It is the Manager's responsibility to ensure that the employee's status is properly updated in a timely manner to support an accurate pay. For additional information regarding the procedures for STD leave, please go to the Wachovia Exchange page/HR/Manager Tools/Short Term Disability. Should you require additional assistance, you may contact the HRSC at 800-345-2897 (or 704-590-0098 in Charlotte), option 2. Representatives are available to assist you Monday through Friday between the hours of 7:30 a.m. and 8:00 p.m. Eastern time.**

**NOTE:    For State Mandated Benefits (for employees who work in New York, New Jersey, California, Hawaii, Rhode Island, Puerto Rico), the Benefits/Control Team at the HRSC will complete the Employee Leave of Absence form upon being notified by Liberty Mutual of an approved STD claim for those employees. This team will coordinate payroll transactions**

**during an approved STD leave, and will also complete the Return from Leave form upon being notified by Liberty Mutual of a return to work date.**       Liberty/Conrad 1299

Sincerely,

Tosha Darby
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 326.
Secure Fax No.: (888) 443-4212

Liberty/Conrad 1300

## Darby, Tosha

| | |
|---|---|
| **From:** | RightFax E-mail Gateway |
| **Posted At:** | Tuesday, January 20, 2004 9:09 AM |
| **Conversation:** | Your fax has been successfully sent to Nicholas J. Mekosh at 18569888709. RE: Claim: 1201957 - CONRAD - Fax: (856) 988-8709 |
| **Posted To:** | Inbox |
| **Subject:** | Your fax has been successfully sent to Nicholas J. Mekosh at 18569888709. RE: Claim: 1201957 - CONRAD - Fax: (856) 988-8709 |

```
Your fax has been successfully sent to Nicholas J. Mekosh at 18569888709. RE: Claim:
1201957 - CONRAD - Fax: (856) 988-8709
------------------------------------------------------------
From: /o=LibertyMutual/ou=HomeOffice/cn=Recipients/cn=N0071346
------------------------------------------------------------
Time: 1/20/2004 9:07:02 AM
Sent to 18569888709 with remote ID "1 856 988 8709" via Gateway 2
Result: (0/339;0/0) Successful Send
Page record: 1 - 3
Elapsed time: 01:26 on channel 4
```

1

Liberty/Conrad 1298