[Docket Nos. 10 and 11]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

ROBERT S. CONRAD, SR.,

        Plaintiff,

  v.

THE WACHOVIA GROUP LONG TERM
DISABILITY PLAN,

        Defendant.

Civil No. 08-5416 (RMB/JS)

**ORDER**

    THIS MATTER having come before the Court upon cross-motions for summary judgment; and

    THE COURT having considered the parties' written submissions; and

    FOR THE REASONS set forth in the Opinion of this date;

    IT IS on this, the **21st** day of **September 2010**, hereby

    **ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 11] is **GRANTED** with respect to the termination of Plaintiff's benefits; and

    **ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 11] is **DENIED**, without prejudice, with respect to the calculation of Plaintiff's benefits; and

    **ORDERED** that Plaintiff's Motion for Summary Judgment [Docket

1

No. 10] is **DENIED** with respect to the termination of Plaintiff's benefits; and

    **ORDERED** that Plaintiff's Motion for Summary Judgment [Docket No. 10] is **DENIED**, without prejudice, with respect to the calculation of Plaintiff's benefits; and

    **ORDERED** that the parties submit supplemental briefs on or before October 21, 2010, addressing the calculation of Plaintiff's benefits (and the dismissal of Count 2, if appropriate); and

    **ORDERED** that the parties may file a reply to each other's supplemental brief, if necessary, on or before November 4, 2010.

                                                     s/Renée Marie Bumb
                                                     RENÉE MARIE BUMB
                                                     United States District Judge