[Docket Nos. 10 and 11]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| ROBERT S. CONRAD, SR., <br><br> Plaintiff, <br><br> v. <br><br> THE WACHOVIA GROUP LONG TERM DISABILITY PLAN, <br><br> Defendant. | Civil No. 08-5416 (RMB) (JS) <br><br> **ORDER** |

THIS MATTER having come before the Court upon cross-motions for summary judgment; and

THE COURT having considered the parties' written submissions; and

FOR THE REASONS set forth in the Opinion of this date;

IT IS, THEREFORE, THIS **2nd** day of **December 2010**; HEREBY

**ORDERED** that Plaintiff's motion for summary judgment is **DENIED**; and

FURTHER **ORDERED** that Defendants' motion for summary judgment is **GRANTED**.

                                                  s/Renée Marie Bumb
                                                  RENÉE MARIE BUMB
                                                  UNITED  STATES  DISTRICT  JUDGE