**HAGNER & ZOHLMAN, LLC**
Commerce Center
1820 Chapel Ave. West
Suite 160
Cherry Hill, New Jersey  08002
(856) 663-9090
Attorney for:   Plaintiff

By:  Thomas J.  Hagner, Esquire

---

| | |
|---|---|
| ROBERT S. CONRAD, SR.<br><br>        Plaintiff,<br>vs.<br><br>THE WACHOVIA GROUP LONG-TERM DISABILITY PLAN;<br><br>        Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 08-cv-5416 (RMB) |

---

### PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION OF THE DECEMBER 2, 2010 ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

---

TO:   Kathleen McLeod Caminiti, Esq.
       FISHER & PHILLIPS, LLP
       430 Mountain Avenue
       Murray Hill, NJ 07974
       Attorneys for Defendants

**PLEASE TAKE NOTICE** that on a date and time as the Court directs, Plaintiff, Robert S. Conrad, by his counsel Thomas J. Hagner, Esq., shall move for reconsideration of the Order entered on December 2, 2010 denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff

adopts the arguments and authority contained in the Brief which is filed in support of this motion.

    A proposed form of Order is attached.

                                                **HAGNER & ZOHLMAN, LLC**
                                                Attorneys for Plaintiff

Dated: 12/13/10

                                                Thomas J. Hagner, Esq.