**HAGNER & ZOHLMAN, LLC**
Commerce Center
1820 Chapel Ave. West
Suite 160
Cherry Hill, New Jersey 08002
(856) 663-9090
Attorney for:   Plaintiff

By:  Thomas J. Hagner, Esquire

---

| | |
|---|---|
| ROBERT S. CONRAD, SR.<br><br>　　　　Plaintiff,<br>vs.<br><br>THE WACHOVIA GROUP LONG-TERM DISABILITY PLAN;<br><br>　　　　Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 08-cv-5416 (RMB)<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that Robert S. Conrad, Plaintiff in the above case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment entered in this action on the 2nd day of December, 2010.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Thomas J. Hagner, Esq.**
　　　　　　　　　　　　　　　　　　　　**Attorney for Robert S. Conrad**
　　　　　　　　　　　　　　　　　　　　**Commerce Center**
　　　　　　　　　　　　　　　　　　　　**1820 Chapel Avenue West**
　　　　　　　　　　　　　　　　　　　　**Suite 160**
　　　　　　　　　　　　　　　　　　　　**Cherry Hill, New Jersey 08002**

Dated:  December 13, 2010